UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Mark E. Moon vs.
      Milestone Financial, LLC

Chapter 11

Bankruptcy No. 20-30711 DM

Adversary No.

EXHIBIT A

EXHIBIT A

On **8/17/2022** at **5:30 PM**, **CSD-CPU\BDoyle** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING MILESTONE FINANCIAL PAYOFF: Per lender they will not process our payoff request as the borrower needs to call to settle an ongoing dispute. CPU task has been closed.

On **8/16/2022** at **3:47 PM**, **CSD-CPU\mariam** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called 650-316-8970 spoke with Jill who stated this loan is under dispute and they are no able to provide payoff statement at this time, to reach out to the borrower. I asked if she can provide something in writing reason why payoff can not be processed, Jill will ask to see what can be done but owner is out traveling and he had instructed the rep to refer us back to the borrower to call to settle the dispute first.

On **8/16/2022** at **3:29 PM**, **CSD-CPU\mariam** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 entered option 2 no one answered call went to voicemail, left detailed message requesting status of payoff requested 8/10. Task to follow up 8/17.

On **8/16/2022** at **3:47 PM**, **CSD-CPU\mariam** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called 650-316-8970 spoke with Jill who stated this loan is under dispute and they are no able to provide payoff statement at this time, to reach out to the borrower. I asked if she can provide something in writing reason why payoff can not be processed, Jill will ask to see what can be done but owner is out traveling and he had instructed the rep to refer us back to the borrower to call to settle the dispute first.

On **8/16/2022** at **3:29 PM**, **CSD-CPU\mariam** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 entered option 2 no one answered call went to voicemail, left detailed message requesting status of payoff requested 8/10. Task to follow up 8/17.

On **8/16/2022** at **2:48 PM**, **CSD-CPU\mariam** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and auto stated call can not be completed as dialed to check the number and try again. Called (800) 342-1146 and need an extension as I do not have an extension call dropped.

On **8/15/2022** at **12:28 PM**, **CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and system said call cannot be completed at this time and call ended. Will try again tomorrow.

On **8/12/2022** at **2:26 PM**, **CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and system said call cannot be completed at this time. Will try again Monday morning.

On **8/12/2022** at **11:08 AM**, **CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and system said call cannot be completed at this time and try again later. Will try again this afternoon.

On **8/11/2022** at **11:10 AM**, **CSD-CPU\mchea** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called 800-391-0596 and left a detailed voice message along with escrow number, property address, and callback number. Task to follow up 8/12

On **8/10/2022** at **9:22 AM**, **CSD-CPU\mchea** posted (WT): REGARDING MILESTONE FINANCIAL: Ordered via email kgray@milestonefinancial.net P.800-391-0595. Tasked to follow up 8/11

On **8/3/2022** at **12:48 PM**, **CSD-CPU\kcaporusso** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: hello! Task has been closed as our email received no response. If this task is still needed, please assign a new task or email cpu.csd@ortc.com. Thank you!

On **8/1/2022** at **10:24 AM**, **CSD-CPU\kcaporusso** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: the CSD-CPU is unable to process your request for the following reason: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute. Please have borrowers call Milestone Financial and advise CPU how to proceed. Once this information is available, please email cpu.csd@ortc.com Thank you!

On **7/27/2022** at **2:02 PM**, **CSD-CPU\SPhillips** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: the CSD-CPU is unable to process your request for the following reason: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute. Please have borrowers call Milestone Financial and advise CPU how to proceed. Once this information is available, please email cpu.csd@ortc.com Thank you!

On **7/25/2022** at **2:33 PM**, **CSD-CPU\kcaporusso** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: the CSD-CPU is unable to process your request for the following reason: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute. Please have borrowers call Milestone Financial and advise CPU how to proceed. Once this information is available, please email cpu.csd@ortc.com Thank you!

On **7/25/2022** at **2:04 PM**, **CSD-CPU\mariam** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute.

On **7/22/2022** at **1:20 PM**, **CSD-CPU\egoveia** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called P:(800) 391-0596 opt 2 for status. Spoke to rep Angie who said she would call us back with info on the account. Tasked to follow up 7/25.

On **7/20/2022** at **1:47 PM**, **CSD-CPU\gsalas** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Sent a status update request to email kgray@milestonefinancial.net and admin@milestonefinancial.net Tasked to follow up 7/22

On **7/20/2022** at **11:18 AM**, **CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and no answer. System said to try again later. Will try again this afternoon.

On **7/19/2022** at **12:40 PM**, **CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and no answer. System said to try again later. Will try again tomorrow morning.

On **7/19/2022** at **10:58 AM**, **CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 twice and no answer. System said to try again later. Will try again this afternoon.

On **7/15/2022** at **11:57 AM**, **CSD-CPU\gsalas** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Sent request to email kgray@milestonefinancial.net Phone: (800) 391-0595 Tasked to follow up 7/19 to confirm received

[Quoted text hidden]