```
MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-Mail: Cathy@moranlaw.net
```

Attorneys for Debtor: Mark E. Moon

```
John P. McDonnell, Esq. (State Bar No. 77369)
Law Offices of John P. McDonnell
295 89th Street, Ste. 200
Daly City, CA 94015-1655
Telephone: 650-991-9909
Facsimile: 650-449-7789
JPMcDON@aol.com
```

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA DIVISION 3

| E. MARK MOON | ) Chapter 11 |
| --- | --- |
| Plaintiff, | ) Bankruptcy No. 20-30711<br>) Adversary No. 22-03106 |
| v. | ) |
| MILESTONE FINANCIAL, LLC, a California Limited Liability Company. | )<br>)<br>) Hon. Dennis Montali |
| Defendants. | ) |

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 23, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard in Judge Montali's Department of the above court, Plaintiffs will move for Partial Summary Judgment. The grounds for the motion are that Plaintiff is entitled to summary judgment as a matter of law on each of the issues identified in the Statement of Issues in the Memorandum in support of the Motion. In particular, Plaintiff will seek summary judgment on the issue of Defendant Milestone's liability on the first, second and fifth causes of action in the Second Amended Complaint.

1       The hearing will not be conducted in the Judge's courtroom but will instead be conducted by telephone or video. All interested parties should consult the Litigants and interested parties should consult Judge Montali's posted calendars, at https://www.canb.uscourts.gov/judge/montali/calendar to determine whether a particular calendar will be conducted by video or by telephone.

      The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

      Said Motion will be based on this Notice, the Memorandum of Points and Authorities, the Declaration of John P McDonnell, The Declaration of Robert Shuman, and the files and records in the case.

Dated: January 26, 2024                                   /s/ John McDonnell  
                                                        JOHN P. McDONNELL, ESQ.  
                                                        Attorney for Plaintiff