1  MORAN LAW GROUP, INC.
   CATHLEEN COOPER MORAN, I.D. #83758
2  RENÉE C. MENDOZA, I.D. #139939
   643 Bair Island Road, Suite 403
3  Redwood City, CA 94063
   Tel.: (650) 694-4700
4  Fax: (650) 368-4818
   E-Mail: Cathy@moranlaw.net
5
   Attorneys for Debtor: Mark E. Moon
6
   John P. McDonnell, Esq. (State Bar No. 77369)
7  Law Offices of John P. McDonnell
   295 89th Street, Ste. 200
8  Daly City, CA 94015-1655
   Telephone: 650-991-9909
9  Facsimile: 650-449-7789
   JPMcDON@aol.com
10
   Attorney for Plaintiff
11                          UNITED STATES BANKRUPTCY COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA DIVISION 3

13

14  E. MARK MOON                          )        Chapter 11
                                          )
15            Plaintiff,                   )       Bankruptcy No. 20-30711
                                          )       Adversary No. 22-03106
16        v.                              )
                                          )
17  MILESTONE FINANCIAL, LLC, a California )
    Limited Liability Company.            )
18                                        )       Hon. Dennis Montali
              Defendants.                 )
19  _____)

20        I, ROBERT SCHUMAN, hereby declare as follows:

21        1. I am a licensed mortgage broker, California license number 00993778, doing business

22  as Network Financial Group. I have personal knowledge of the matters addressed herein and

23  could competently testify thereto.

24        2. The major part of my mortgage business is obtaining refinance loans for homes of

25  debtors in bankruptcy. I have been doing this type of refinancing for over 30 years.

26        3. I have represented Mark and Lori Moon since Spring, 2022, with respect to

27  refinancing their home at 11 Mandalay Court, Redwood City, California.

28

                                                                                              1

4. On April 14, 2022, I obtained a preliminary title report on the property from Old Republic Title Company (ORTC). A copy of the first page of that report is attached as Exhibit 1.

5. In May 2022, I worked with United Wholesale Mortgage (UWM) to attempt to obtain a loan for the Moons. On May 18, 2022, UWM issued a Loan Estimate for a 30-year $900,000 loan at 5.829%. A copy of that loan estimate is attached as Exhibit 2.

6. In connection with obtaining the loan for the Lori Moon, I attempted to obtain the payment history on the prior loan and a Verification of Mortgage from the prior lender, Milestone Financial. A payment history from the prior lender on an existing home loan is a requirement for any Fannie Mae loan.

7. On July 15, 2022, I sent a request for payment history and Verification of Mortgage form to Joyce Lau, the attorney for the prior lender.

8. In July 2022, I was aware that persons at ORTC were seeking to obtain a payoff demand from Milestone Financial. A payoff demand from the existing lender is required for a refinance loan, since the new lender must know the amount of the existing demand of the old lender. In July 2022 ORTC was doing the work to obtain the payoff demand and I was doing the work to obtain the payment history and VOM.

9. I repeatedly asked Joyce Lau for a payment history. Ms. Lau advised me that she had forwarded my requests to Milestone but had not received a response. The only response I received from Ms. Lau was a statement that she had forwarded the form to her client Milestone and had had no response. Attached as Exhibit 3 is an e-mail I sent to attorney Cathy Moran summarizing my four attempts in July and early August to obtain the information from Ms. Lau.

10. I did not receive a payment history or a VOM from Ms. Lau or Milestone in July or August 2022.

11. On August 8, 2022, UWM issued a conditional loan approval for a 30-year loan for $900,000 at a 5.9% rate. Exhibit 4 is a copy of that conditional approval.

12. On August 23, 2022, UWM was still seeking the information needed to close the loan. Exhibit 5 is a page from an item UWM sent on August 23, 2022.

1    13. By late August 2022, we had not received either a loan payoff demand or a payment

2    history or VOM from Milestone. The lack of the payoff demand alone would have resulted in a

3    denial of the UWM loan. The lack of the payment history and VOM alone would also have

4    resulted in a denial of the UWM loan.

5        14. Around late August 2022, UWM denied the loan to Lori Moon. In my opinion the

6    lack of a payoff demand caused the denial.

7

8        I declare under penalty of perjury under the laws of the State of California that the

9    foregoing is true and correct.

10

11   Dated: January 26, 2024

                                                    ROBERT SCHUMAN

# EXHIBIT 1

# OLD REPUBLIC TITLE COMPANY

8060 Santa Teresa Blvd, Suite 100
Gilroy, CA 95020
(408) 847-1505  Fax: (408) 848-3507

## PRELIMINARY REPORT

Our Order Number  0621015855-JB

NETWORK FINANCIAL GROUP
16860 Price Court
Morgan Hill, CA 95037

Attention: ROBERT SCHUMAN

When Replying Please Contact:

Jamie Buchanan
jbuchanan@ortc.com
(408) 847-1505

Property Address:

11 Mandalay Court, Redwood City, CA 94065

In response to the above referenced application for a policy of title insurance, **OLD REPUBLIC TITLE COMPANY**, as issuing Agent of Old Republic National Title Insurance Company, hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception below or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said policy forms.

The printed Exceptions and Exclusions from the coverage and Limitations on Covered Risks of said Policy or Policies are set forth in Exhibit I attached. The policy to be issued may contain an arbitration clause. When the Amount of Insurance is less than that set forth in the arbitration clause, all arbitrable matters shall be arbitrated at the option of either the Company or the Insured as the exclusive remedy of the parties. Limitations on Covered Risks applicable to the Homeowner's Policy of Title Insurance which establish a Deductible Amount and a Maximum Dollar Limit of Liability for certain coverages are also set forth in Exhibit I. Copies of the Policy forms should be read. They are available from the office which issued this report.

**Please read the exceptions shown or referred to below and the exceptions and exclusions set forth in Exhibit I of this report carefully. The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.**
**It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land.**

This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.

Dated as of  April 14, 2022, at 7:30 AM

## OLD REPUBLIC TITLE COMPANY
For Exceptions Shown or Referred to, See Attached

Case: 22-03106   Doc# 35   Filed: 01/26/24   Entered: 01/26/24 17:06:16   Page 5 of 24

ORT 3158-A (Rev. 08/07/08)

# EXHIBIT 2

# United Wholesale Mortgage, LLC

585 South Blvd E Pontiac , MI 48341     *Save this Loan Estimate to compare with your Closing Disclosure.*

## Loan Estimate

| | | | |
|---|---|---|---|
| **DATE ISSUED** | 5/18/2022 | **LOAN TERM** | 30 years |
| **APPLICANTS** | Lori H Moon | **PURPOSE** | Refinance |
| | 11 Mandalay Ct | **PRODUCT** | Fixed |
| | Redwood City , CA 94065 | **LOAN TYPE** | ☒ Conventional ☐ FHA ☐ VA ☐ _____ |
| | | **LOAN ID #** | 1222350779 |
| **PROPERTY** | 11 Mandalay Ct | **RATE LOCK** | ☒ NO ☐ YES, until |
| | Redwood City , CA 94065 | | |
| **EST. PROP. VALUE** | $3,500,000 | | |

**RATE LOCK** *Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on **6/2/2022** at 5:00 PM EDT*

## Loan Terms

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $900,000 | **NO** |
| **Interest Rate** | 5.829% | **NO** |
| **Monthly Principal & Interest** *See Projected Payments below for your Estimated Total Monthly Payment* | $5,297.41 | **NO** |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

## Projected Payments

| Payment Calculation | Years 1 - 30 | |
|---|---|---|
| Principal & Interest | | $5,297.41 |
| Mortgage Insurance | + | 0 |
| Estimated Escrow *Amount can increase over time* | + | 0 |
| **Estimated Total Monthly Payment** | | **$5,297.41** |

| Estimated Taxes, Insurance & Assessments *Amount can increase over time* | $1,360 a month | This estimate includes | In escrow? |
|---|---|---|---|
| | | ☒ Property Taxes | NO |
| | | ☒ Homeowner's Insurance | NO |
| | | ☐ Other: | |
| | | *See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | |

## Costs at Closing

| Costs at Closing | | |
|---|---|---|
| **Estimated Closing Costs** | $6,954 | Includes $3,988 in Loan Costs + $2,966 in Other Costs -$0 in Lender Credits. *See page 2 for details.* |
| **Estimated Cash to Close** | $8,046 | Includes Closing Costs *See Calculating Cash to Close on page 2 for details.* ☐ From ☒ To Borrower |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.



*DocMagic eForms*
5801 007 000004 1222350779-ED
LOAN ID # 1222350779-2

Case: 23-03106   Doc# 35   Filed: 01/26/24   Entered: 01/26/24 17:06:16   Page 7 of 24

# Closing Cost Details

## Loan Costs

### A. Origination Charges

% of Loan Amount (Points)

| B. Services You Cannot Shop For | $2,213 |
|---|---|
| Appraisal Fee | $1,000 |
| Credit Report | $100 |
| Electronic Registration (MERS) Fee | $25 |
| Flood Certification | $8 |
| Tax Service | $85 |
| Third Party Processing Fee | $995 |

| C. Services You Can Shop For | $1,775 |
|---|---|
| Title - Mobile Notary Fee (Travel-Not Notarize) | $200 |
| Title - Premium for Lender's Coverage | $1,100 |
| Title - Recording Fee | $25 |
| Title - Settlement Or Closing Fee | $450 |

| D. TOTAL LOAN COSTS (A + B + C) | $3,988 |
|---|---|

## Other Costs

| E. Taxes and Other Government Fees | $379 |
|---|---|
| Recording Fees and Other Taxes | $379 |
| Transfer Taxes | |

| F. Prepaids | $2,587 |
|---|---|
| Homeowner's Insurance Premium (   months) | |
| Mortgage Insurance Premium (   months) | |
| Prepaid Interest ($143.73 per day for 18 days @ 5.829%) | $2,587 |
| Property Taxes (   months) | |

| G. Initial Escrow Payment at Closing | |
|---|---|
| Homeowner's Insurance | per month for  mo. |
| Mortgage Insurance | per month for  mo. |
| Property Taxes | per month for  mo. |

### H. Other

| I. TOTAL OTHER COSTS (E + F + G + H) | $2,966 |
|---|---|

| J. TOTAL CLOSING COSTS | $6,954 |
|---|---|
| D + I | $6,954 |
| Lender Credits | |

## Calculating Cash to Close

| Loan Amount | $900,000 |
|---|---|
| Total Closing Costs (J) | -$6,954 |
| Estimated Total Payoffs and Payments | -$885,000 |
| **Estimated Cash to Close ☐ From ☒ To Borrower** | $8,046 |
| **Estimated Closing Costs Financed (Paid from your Loan Amount)** | $6,954 |

Case 23-03106    Doc# 35    Filed: 01/26/24    Entered: 01/26/24 17:06:16    Page 8 of 24

DocMagic eForms
LOAN ID # 1222350779-2

# EXHIBIT 3

Case: 22-03106    Doc# 35    Filed: 01/26/24    Entered: 01/26/24 17:06:16    Page 9 of 24

 **Gmail**                                              **Cathy Moran <cathymoranesq@gmail.com>**

---

# emails to Joyce Lau requesting VOM completed
5 messages

---

**Robert Schuman** <robert@realestateloans.expert>                    Wed, Aug 24, 2022 at 10:31 AM
To: Cathy Moran <cathymoranesq@gmail.com>
Cc: Robert Schuman <robert@realestateloans.expert>

Hi Cathy,


Attached are copies of the 4 emails I sent to Joyce Lau requesting her client, Milestone, complete the required VOM (verification of mortgage). I never had any reply.


Best,

Bob


**Click here to upload documents securely –** note: emails are NOT secure, do not email tax returns or other sensitive documents that include your ssn or other private information


**Robert Schuman**

**Network Financial Group**

**Owner / Managing Broker**

**Real Estate Financing**

Ph: 408-472-0326

Fax: 866-262-0004

NMLS# 316507

DRE# 00993778


*"A bird sitting on the branch of the tree*

*is not frightened by the shaking of the branch,*

*Because the bird trusts not the branch,*

*She trusts her own ability to fly"*


CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.

---------- Forwarded message ----------
From: Robert Schuman <robert@realestateloans.expert>
To: Joyce Lau <joyce@fullerlawfirm.net>
Cc: Robert Schuman <robert@realestateloans.expert>
Bcc:
Date: Tue, 2 Aug 2022 14:33:49 -0700
Subject: Re: checking in RE: Milestone / Moon
Hello again Joyce,

It has been 17 days since I first made the request. The borrowers attorney is suggesting we get the judge involved asap.
That is not my preference, I am hoping that they would just complete this. Is it possible to put some pressure on them to
find out if they plan on completing this and if so by when?

Respectfully,
Bob

On Tue, Jul 19, 2022 at 12:33 PM Joyce Lau <joyce@fullerlawfirm.net> wrote:
   Hello Robert,
   I received your email last week and forwarded it to my client.  I have not heard back though.  Will keep you posted.
   Thanks.

   On Tue, Jul 19, 2022 at 12:28 PM Robert Schuman <robert@realestateloans.expert> wrote:

      Hello Joyce,


      I want to confirm you received my email and documents. Did you have all that you need to get the VOM completed?


      Thank you,

      Bob


      ---

      **From:** Robert Schuman <robert@realestateloans.expert>
      **Sent:** Friday, July 15, 2022 12:26 PM
      **To:** Joyce@fullerlawfirm.net
      **Cc:** 'Robert Schuman' <robert@realestateloans.expert>
      **Subject:** Milestone / Moon


      Hello Joyce,


      Attached is the "verification of mortgage". I completed it as accurately as possible based on the facts I have. We are
      close to closing and wrapping this up and in need of the attached documents.


      I appreciate your assistance on the matter.


      Best,

      Bob

Case: 22-03106     Doc# 35     Filed: 01/26/24     Entered: 01/26/24 17:06:16     Page 11 of     MOON_410

**Click here to upload documents securely –** note: emails are NOT secure, do not email tax returns or other sensitive documents that include your ssn or other private information


**Robert Schuman**

**Network Financial Group**

**Owner / Managing Broker**

**Real Estate Financing**

Ph: 408-472-0326

Fax: 866-262-0004

NMLS# 316507

DRE# 00993778


*"A bird sitting on the branch of the tree*

*is not frightened by the shaking of the branch,*

*Because the bird trusts not the branch,*

*She trusts her own ability to fly"*


CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.


--
Thank you

Best,
Joyce Lau
The Fuller Law Firm, P C
60 North Keeble Avenue
San Jose, CA 95126
Phone 408-295-5595; fax 408-295-9852

This e-mail is not used for attorney communications.

THE INFORMATION CONTAINED IN THIS E-MAIL IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE ADDRESSEE ABOVE  THIS MESSAGE MAY BE ATTORNEY CLIENT PRIVILEGED COMMUNICATION AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL.  SPECIFICALLY, NO CONSENT OR AUTHORIZATION IS GIVEN, AS SUCH TERMS ARE USED IN THE ELECTRONIC COMMUNICATIONS PRIVACY ACT (18 U.S.C. SECTION 2511), FOR THE USE OF THIS E-MAIL BY ANYONE OTHER THAN THE INTENDED RECIPIENT. IF THE READER OF THIS E MAIL IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS MESSAGE IN ERROR. IN SUCH EVENT, PLEASE RETURN IT TO US USING THE "REPLY" FUNCTION AND DESTROY THE ORIGINAL MESSAGE.

--
Robert Schuman

Case: 22-03106   Doc# 35   Filed: 01/26/24   Entered: 01/26/24 17:06:16   **MOON_411**
Page 12 of
24

Network Financial Group
Owner / Managing Broker
Office: 408-779-0167
Cell: 408-472-0326
F: 866-262-0004


---------- Forwarded message ----------
From: Robert Schuman <robert@realestateloans.expert>
To: <Joyce@fullerlawfirm.net>
Cc: "'Robert Schuman'" <robert@realestateloans.expert>
Bcc:
Date: Fri, 15 Jul 2022 12:26:11 -0700
Subject: Milestone / Moon

Hello Joyce,


Attached is the "verification of mortgage". I completed it as accurately as possible based on the facts I have. We are close to closing and wrapping this up and in need of the attached documents.


I appreciate your assistance on the matter.


Best,

Bob


**Click here to upload documents securely –** note: emails are NOT secure, do not email tax returns or other sensitive documents that include your ssn or other private information


**Robert Schuman**

**Network Financial Group**

**Owner / Managing Broker**

**Real Estate Financing**

Ph: 408-472-0326

Fax: 866-262-0004

NMLS# 316507

DRE# 00993778


*"A bird sitting on the branch of the tree*

*is not frightened by the shaking of the branch,*

*Because the bird trusts not the branch,*

*She trusts her own ability to fly"*

Case: 22-03106   Doc# 35   Filed: 01/26/24   Entered: 01/26/24 17:06:16   **MOON_412** Page 13 of

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.

---------- Forwarded message ----------
From: Robert Schuman <robert@realestateloans.expert>
To: <Joyce@fullerlawfirm.net>
Cc: "'Robert Schuman'" <robert@realestateloans.expert>
Bcc:
Date: Tue, 19 Jul 2022 12:28:17 -0700
Subject: checking in RE: Milestone / Moon

Hello Joyce,

I want to confirm you received my email and documents. Did you have all that you need to get the VOM completed?

Thank you,

Bob

---

**From:** Robert Schuman <robert@realestateloans.expert>
**Sent:** Friday, July 15, 2022 12:26 PM
**To:** Joyce@fullerlawfirm.net
**Cc:** 'Robert Schuman' <robert@realestateloans.expert>
**Subject:** Milestone / Moon

Hello Joyce,

Attached is the "verification of mortgage". I completed it as accurately as possible based on the facts I have. We are close to closing and wrapping this up and in need of the attached documents.

I appreciate your assistance on the matter.

Best,

Bob

**Click here to upload documents securely –** note: emails are NOT secure, do not email tax returns or other sensitive documents that include your ssn or other private information

**Robert Schuman**

**Network Financial Group**

**Owner / Managing Broker**

**Real Estate Financing**

Ph: 408-472-0326

Fax: 866-262-0004

NMLS# 316507

DRE# 00993778

*"A bird sitting on the branch of the tree*

*is not frightened by the shaking of the branch,*

*Because the bird trusts not the branch,*

*She trusts her own ability to fly"*

CONFIDENTIALITY NOTICE  This e mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information  Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated

---------- Forwarded message ----------
From: Robert Schuman <robert@realestateloans.expert>
To  "'Joyce Lau'"  joyce@fullerlawfirm net
Cc: "'Robert Schuman'" <robert@realestateloans.expert>
Bcc:
Date: Fri, 29 Jul 2022 08:14:30 -0700
Subject  RE  checking in RE  Mile  tone / Moon

Hello Joyce,

I hope thi  email find  you well

It ha  been almo t two week   ince we fir t made thi  reque t  Our tran action i  on hold waiting for thi  information  Can you turn the screws on Milestone to get them to answer? Our lock is expiring and this is going to cost the borrower more as time goes on.

Thank you,

Bob

---

**From**  Joyce Lau   joyce@fullerlawfirm net
**Sent:** Tuesday, July 19, 2022 12:34 PM
**To:** Robert Schuman <robert@realestateloans.expert>
**Subject:** Re: checking in RE: Milestone / Moon

Case: 22-03106   Doc# 35   Filed: 01/26/24   Entered: 01/26/24 17:06:16   MOON_414
Page 15 of

Hello Robert,

I received your email last week and forwarded it to my client. I have not heard back though. Will keep you posted.

Thanks.


On Tue, Jul 19, 2022 at 12:28 PM Robert Schuman <robert@realestateloans.expert> wrote:

Hello Joyce,


I want to confirm you received my email and documents. Did you have all that you need to get the VOM completed?


Thank you,

Bob

---

**From:** Robert Schuman <robert@realestateloans.expert>
**Sent:** Friday, July 15, 2022 12:26 PM
**To:** Joyce@fullerlawfirm.net
**Cc:** 'Robert Schuman' <robert@realestateloans.expert>
**Subject:** Milestone / Moon


Hello Joyce,


Attached is the "verification of mortgage". I completed it as accurately as possible based on the facts I have. We are close to closing and wrapping this up and in need of the attached documents.


I appreciate your assistance on the matter.


Best,

Bob


**Click here to upload documents securely –** note: emails are NOT secure, do not email tax returns or other sensitive documents that include your ssn or other private information


**Robert Schuman**

**Network Financial Group**

**Owner / Managing Broker**

**Real Estate Financing**

Ph: 408-472-0326

# EXHIBIT 4

Case: 22-03106   Doc# 35   Filed: 01/26/24   Entered: 01/26/24 17:06:16   Page 17 of
24



August 08, 2022
Network Financial Group
17345 Del Monte Avenue
Morgan Hill, California, 95037
Regarding: 1222465468

Thank you for sending the above loan application to United Wholesale Mortgage, LLC for consideration. Attached is the Conditional Approval for Lori Moon which outlines all of the conditions that need to be satisfied in order to obtain a clear to close. Please provide a copy of this letter to the borrower. It should be noted that as the information for this loan changes, additional conditions may be added. In that instance, a new Conditional Approval will be provided.

As your partner in lending, we are committed to supporting your needs with ease, speed and consistency. If you have any questions please do not hesitate to contact me at (800) 981-8898.

Sincerely,
Austin Schuler



Lori Moon
11 MANDALAY CT
REDWOOD CITY, California, 94065
(415) 608-3553
August 08, 2022

Congratulations! United Wholesale Mortgage, LLC (UWM) received your loan application from our broker partner, Robert Schuman at Network Financial Group, and we are happy to inform you that your loan has been approved subject to satisfying the conditions on the following page(s).

Please note that these conditions are time sensitive and must be satisfied by September 10, 2022 or we may be unable to proceed with your application. Of course, the sooner you provide the necessary documentation, the faster we'll be able to close your loan. If documentation from the enclosed list has already been provided please do not provide it again.

Choosing a mortgage partner for your home refinance is a big decision, and we thank you for partnering with us and Robert Schuman. Should you have any questions, please contact Robert Schuman.

Sincerely,
United Wholesale Mortgage, LLC



Borrower conditions to be satisfied:

| | |
|---|---|
| Appraisal | Appraiser to address the following regarding the multiple parcels found on title: - Parcels must be adjoined to the other, unless they comply with the following exceptions. Parcels that otherwise would be adjoined, but are divided by a road, are acceptable if the parcel without a residence is a non-buildable lot (for example, waterfront properties where the parcel without the residence provides access to the water). Evidence that the lot is non-buildable must be included in the loan file. - Adjoining parcel cannot contain an additional residence - Site description must accurately describe the land and any improvements included in each of the parcels. - Comparable sales should have adjoining parcels similar to the subject property. Any adjustments or lack of adjustments made to the comparables sales for differences must be explained by the appraisal. - The appraisal report must address the effects on value and marketability. |
| Credit | The following address associated with the borrower was called out by a third party search as having been subject to a foreclosure, deed-in-lieu of foreclosure, preforeclosure sale, or mortgage charge off: 11 MANDALAY CT. Document that the waiting period for the derogatory event has been met. SR to Review. |
| Credit | Bankruptcy paperwork and discharge (must be complete copy of bankruptcy paperwork) SR to Review. |
| Insurance | Provide updated homeowners insurance declarations page reflecting: mortgagee clause of United Wholesale Mortgage, LLC, ISAOA PO Box 202028 Florence SC 29502-2028 |

Case: 22-03106    Doc# 35    Filed: 01/26/24    Entered: 01/26/24 17:06:16    Page 20 of



# LOAN APPROVAL CONDITIONS - MOON - 1222465468

| | |
|---|---|
| **Prepared For:** | CA1355 - Network Financial Group |
| **Contact Name:** | Staci Diaz |
| **Email:** | staci@stacisimmons.com |
| **Phone:** | (408) 981-9877 |
| **Date Printed:** | 08/08/2022 |

| | |
|---|---|
| **Senior UW:** | Austin Schuler |
| **UW II:** | |
| **UW Team:** | Huskies |
| **AE:** | Bo Timarac |
| **Closer:** | |

## LOAN INFORMATION

| | |
|---|---|
| **Borrower** | Lori H Moon |
| **Property** | 11 MANDALAY CT, REDWOOD CITY, California 94065 |

| | | | |
|---|---|---|---|
| **Transaction Type** | Refi - Cash Out - Other | **Occupancy** | Primary Residence |
| **Property Type** | Single Family Residence | **Loan Program** | 30 Year Elite High Balance |
| **Loan Amount (Base/Total)** | $900,000.00 / $900,000.00 | **Status** | Underwriting   08/08/2022 |
| **Appraised Value** | $3,374,486.00 | **AUS** | Loan Prospector | **Submission Date** | 08/05/2022 |
| **LTV / CLTV** | 26.671% / 26.671% | **FICO** | 814 | **Must Fund By** | |
| **Note Rate** | 5.900% | **Term** | 360 | **Must Not Close Before** | 03/13/2022 |
| **Housing / Debt Ratios** | 46.59% / 46.94% | **Compensation Type** | Lender Paid | **Rate Lock Exp** | |
| **Max PITI** | $6,698.34 | **Esign** | Orig State/Fed | **Max Funds to Close** | $0.00 |
| **Escrows** | Full Waiver | **Verified Income** | $14,375.98 | **Verified Assets** | $0.00 |
| **Non Borrowing Ind** | Yes | | | **Max Cash Back** | N/A |
| **Pay off at Close** | MORTGAGE X0000 | | | | |

## CONDITIONS

### UW - Prior To Final Approval (PTD)

| | | |
|---|---|---|
| 0795 | Appraisal | Appraiser to address the following regarding the multiple parcels found on title: - Parcels must be adjoined to the other, unless they comply with the following exceptions. Parcels that otherwise would be adjoined, but are divided by a road, are acceptable if the parcel without a residence is a non-buildable lot (for example, waterfront properties where the parcel without the residence provides access to the water). Evidence that the lot is non-buildable must be included in the loan file. - Adjoining parcel cannot contain an additional residence - Site description must accurately describe the land and any improvements included in each of the parcels. - Comparable sales should have adjoining parcels similar to the subject property. Any adjustments or lack of adjustments made to the comparables sales for differences must be explained by the appraisal. - The appraisal report must address the effects on value and marketability. |
| 3463 | Appraisal (Conv) | Appraisal on Form 1004 for subject property ordered through UWM Appraisal Direct. (AMC will upload upon completion.) |
| 1574 | Credit | Payoff statements to be provided for all mortgages being paid (must reflect that loan is current). |
| 4071 | Credit | Letter of explanation from borrower(s) for credit inquiries. Inquiry explanation must reference each credit inquiry specifically and state whether any new credit was obtained as a result of the inquiry. Provide an explanation for the following inquiries: 4/28/2022 CREDIT TECHNOLOGIES 4/28/2022 ROBERT J SCHUMAN DBA |
| 2115 | Credit | The following address associated with the borrower was called out by a third party search as having been subject to a foreclosure, deed-in-lieu of foreclosure, preforeclosure sale, or mortgage charge off: 11 MANDALAY CT. Document that the waiting period for the derogatory event has been met. SR to Review. |
| 0069 | Credit | Bankruptcy paperwork and discharge (must be complete copy of bankruptcy paperwork) SR to Review. |
| 3002 | Credit (LP) | The mortgage on the subject property is not reporting on credit. Verify monthly payment with 1) A VOM, 2) Original Note, OR 3) Current mortgage statement. Provide evidence that all payments in the past 12 months were timely and made by the borrower. If the mortgage was a cash-out and taken out within 30 days of the new note date, this transaction cannot close until 30 days have passed. **need payments covering July 2021 - July 2022, will need actual statements in lieu of spreadsheet provided.** |
| 0335 | Income | Complete full WVOE from Kaiser Foundation Hospitals (processor to complete boxes 3, 4, and 5) with earnings breakdown for the prior 2 years to support regular and overtime earnings. SR to review. **cannot determine full time hours and total regular YTD earnings based on paystubs, need confirmation from employer** |
| 0003 | Insurance | Provide updated homeowners insurance declarations page reflecting: mortgagee clause of United Wholesale Mortgage, LLC, ISAOA PO Box 202028 Florence SC 29502-2028. |
| 2004 | Property | Title company to provide closing protection letter. |
| 0207 | Title | Title company to remove Notice of Default from line item # 6 from the exceptions. |

### Underwriter To Obtain And Clear

| | | |
|---|---|---|
| 0796 | Appraisal | Provide "Successful" Submission Summary Reports (SSRs) from Fannie Mae and Freddie Mac |
| 2568 | Credit | If the loan does not DISBURSE by 8/31, documentation evidencing AUGUST payment has been made will be required. |

Mortgagee Clause: United Wholesale Mortgage, LLC ISAOA, ATIMA PO BOX 202028 Florence, SC 29502-2028 Phone: (800) 981-8898

**Closing (PTF)**

| | | |
|---|---|---|
| 2217 | Broker Renewal | This loan cannot close prior to completion of your annual recertification approval with UWM. Please contact Client Approval at uwmrenewals@uwm.com or extension 61750. |
| 1812 | Income | Verbal VOE for borrower(s) from Kaiser Foundation Hospitals to be completed prior to note date. |
| 1582 | Invoice | Provide a copy of the Third Party Processing Invoice. |
| 0005 | Invoice | Provide copy of invoice for appraisal. |
| 0006 | Invoice | Provide copy of invoice for credit report. |
| 1787 | Title | TC: Title company to verify all sections of the Borrower Attestation (UWM Form 1220) is fully completed and executed by all borrowers at closing. |

EXPIRATION DATES

| Close By | Appraisal | Asset | CPL | Credit | Income | Insurance | Other | Payoff | Short Sale | Title | VOB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2022 | | | | 09/23/2022 | 11/05/2022 | 03/13/2023 | | | | 01/01/2023 | |

* If a document expires before closing, a new document must be submitted and may result in additional requirements or conditions.

# EXHIBIT 5

Case: 22-03106   Doc# 35   Filed: 01/26/24   Entered: 01/26/24 17:06:16   Page 23 of
24

# UWM

| | |
|---|---|
| **Prepared For:** CA1355 - Network Financial Group | |
| **Contact Name:** Staci Diaz | **Senior UW:** Austin Schuler |
| **Email:** staci@stacisimmons.com | **UW II:** |
| **Phone:** (408) 981-9877 | **UW Team:** Huskies |
| **Date Printed:** 08/23/2022 | **AE:** Bo Timarac |
| | **Closer:** |

LOAN INFORMATION

| | | | | |
|---|---|---|---|---|
| **Borrower** | Lori H Moon | | | |
| **Property** | 11 MANDALAY CT, REDWOOD CITY, California 94065 | | | |
| **Transaction Type** | Refi - Cash Out - Other | **Occupancy** | Primary Residence | |
| **Property Type** | Single Family Residence | **Loan Program** | 30 Year Elite High Balance | |
| **Loan Amount (Base/Total)** | $900,000.00 / $900,000.00 | **Status** | Approved With Conditions | 08/08/2022 |
| **Appraised Value** | $3,374,486.00 | **AUS** | Loan Prospector | |
| | | **Submission Date** | 08/05/2022 | |
| **LTV / CLTV** | 26.671% / 26.671% | **FICO** | 814 | **Must Fund By** |
| **Note Rate** | 5.900% | **Term** | 360 | **Must Not Close Before** 03/13/2022 |
| **Housing / Debt Ratios** | 46.59% / 46.94% | **Compensation Type** | Lender Paid | **Rate Lock Exp** |
| **Max PITI** | $6,698.34 | **Esign** | Orig State/Fed | **Max Funds to Close** $0.00 |
| **Escrows** | Full Waiver | **Verified Income** | $14,375.98 | **Verified Assets** $0.00 |
| **Non Borrowing Ind** | Yes | | | **Max Cash Back** N/A |
| **Pay off at Close** | MORTGAGE (JUDGMENT PENDING DOCUMENTATION) X0000 | | | |

CONDITIONS

**UW - Prior To Final Approval (PTD)**

| | | | |
|---|---|---|---|
| 1860 | (PA) Property | Processor Assist: Title commitment with 12 month chain of title and legal description, verification of current property taxes, closing protection letter and wire instructions. | IN |
| 0795 | Appraisal | Appraiser to address the following regarding the multiple parcels found on title - Parcels must be adjoined to the other, unless they comply with the following exceptions. Parcels that otherwise would be adjoined, but are divided by a road, are acceptable if the parcel without a residence is a non-buildable lot (for example, waterfront properties where the parcel without the residence provides access to the water). Evidence that the lot is non-buildable must be included in the loan file. - Adjoining parcel cannot contain an additional residence - Site description must accurately describe the land and any improvements included in each of the parcels. - Comparable sales should have adjoining parcels similar to the subject property. Any adjustments or lack of adjustments made to the comparables sales for differences must be explained by the appraisal. - The appraisal report must address the effects on value and marketability. | S/B |
| 3463 | Appraisal (Conv) | Appraisal on Form 1004 for subject property ordered through UWM Appraisal Direct. (AMC will upload upon completion.) | S |
| 1574 | Credit | Payoff statements to be provided for all mortgages being paid (must reflect that loan is current). | B |
| 4071 | Credit | Letter of explanation from borrower(s) for credit inquiries. Inquiry explanation must reference each credit inquiry specifically and state whether any new credit was obtained as a result of the inquiry. Provide an explanation for the following inquiries: 4/28/2022 CREDIT TECHNOLOGIES 4/28/2022 ROBERT J SCHUMAN DBA  ~ *Attached* | B |
| 3002 | Credit (LP) | The mortgage on the subject property is not reporting on credit. Verify monthly payment with 1) A VOM, 2) Original Note, OR 3) Current mortgage statement. Provide evidence that all payments in the past 12 months were timely and made by the borrower. If the mortgage was a cash-out and taken out within 30 days of the new note date, this transaction cannot close until 30 days have passed. **8/10 need payments covering July 2021 - July 2022, will need actual statements confirming monthly obligation in lieu of spreadsheet provided. the spreadsheet cannot be tied to a mortgage at all, need actual statements** **8/23/22 Due to need the mortgage statements. PENDING PAYOFF INFORMATION | B |
| 0335 | Income | Complete full WVOE from Kaiser Foundation Hospitals (processor to complete boxes 3, 4, and 5) with earnings breakdown for the prior 2 years to support regular and overtime earnings. SR to review. **cannot determine full time hours and total regular YTD earnings based on paystubs. need confirmation from employer** | S |
| 0207 | Title | Title company to remove Notice of Default from line item # 6 from the exceptions and provide proof of release. | S |

8/9

8/19, 8/9

**Underwriter To Obtain And Clear**

| | | |
|---|---|---|
| 0796 | Appraisal | Provide "Successful" Submission Summary Reports (SSRs) from Fannie Mae and Freddie Mac |
| 2568 | Credit | If the loan does not DISBURSE by 8/31, documentation evidencing AUGUST payment has been made will be required. |

**Closing (PTF)**

| | | |
|---|---|---|
| 2217 | Broker Renewal | This loan cannot close prior to completion of your annual recertification approval with UWM. Please contact Client Advocate at uwmrenewals@uwm.com or extension 61750. |
| 0005 | Invoice | Provide copy of invoice for appraisal. |

Mortgage Clause: United Wholesale Mortgage ISAOA / ATIMA PO BOX 202028 Florence SC 29502-2028 Phone (800) 981-8898