MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-Mail: Cathy@moranlaw.net

Attorneys for Debtor: Mark E. Moon

John P. McDonnell, Esq. (State Bar No. 77369)
Law Offices of John P. McDonnell
295 89th Street, Ste. 200
Daly City, CA 94015-1655
Telephone: 650-991-9909
Facsimile: 650-449-7789
JPMcDON@aol.com

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA DIVISION 3

| | |
|---|---|
| E. MARK MOON | ) Chapter 11 |
| Plaintiff, | )<br>) Bankruptcy No. 20-30711 |
| v. | ) Adversary No. 22-03106<br>) |
| MILESTONE FINANCIAL, LLC, a California | ) DECLARATION OF JOHN P.<br>) MCDONNELL IN SUPPORT OF |
| Limited Liability Company. | ) PLAINTIFF MOTION FOR SUMMARY<br>) JUDGMENT |
| Defendants. | )<br>) |
| | ) Hon. Dennis Montali |

I, John P. McDonnell, hereby declare as follows:

1. I am a citizen of the United States over eighteen years of age, and I could testify competently as to the following matters.

2. I am licensed to practice law in California and have been so licensed since 1977. I am the attorney for Plaintiff Mark Moon in this case.

3. During the course of discovery in this case, documents have been produced from several sources. The first document is Exhibit A to the initial complaint in this case, which shows the records of communications from Old Republic Title Company (OTC) to Defendant

Milestone Financial LLC in an attempt to obtain a payoff demand from Milestone. The second major source of information is the document disclosure of items Plaintiff Moon produced in response to a Document Request from Milestone. The third source of information is the production of business records that ORTC produced in response to a business record subpoena that I served on ORTC in this case. The final source of information are the records produced by mortgage broker Robert Shuman in response to the business record subpoena served by Milestone on Mr. Shuman. Milestone also took the deposition of Mr. Schuman.

4. As pointed out above, the first item attached to this declaration is Exhibit A from the initial complaint in this case.

5. Attached as Exhibit 1 is a copy of a June 27, 2022 e-mail sent by attorney Cathy Moran to Mr. Schuman requesting that he proceed with arranging a refinancing for the Moons to pay off the Milestone loan (produced as Moon Bates #363 in discovery).

6. Attached as Exhibit 2 is a copy the July 14, 2022 authorization for release of information signed by Lori Moon to expedite the loan approval (produced as part of the Shuman response to subpoena).

7. Attached as Exhibit 3 is a copy the July 15, 2022 e-mail sent by ORTC to Milestone requesting a payoff demand (produced as Moon Bates #401 in discovery).

8. Attached as Exhibit 4 is a copy the payoff demand form that ORTC sent to Milestone on July 15, 2022 (produced by ORTC as document #556 in response to the subpoena).

9. Attached as Exhibit 5 is a copy the July 20, 2022 loan estimate by United Mortgage Wholesale (UWM) for the $900,000 30-year loan to be made to Lori Moon at an interest rate of 5.9% (produced as Moon Bates #228 in discovery).

10. Attached as Exhibit 6 is a copy the record showing that Lori Moon signed all the UWM documents on August 5, 2022 (produced as Moon Bates #255 in discovery).

11. Attached as Exhibit 7 is a copy the new payoff demand request that ORTC sent to Milestone by e-mail on August 10, 2022 (produced by ORTC as document #551 in response to the subpoena).

12. Attached as Exhibit 8 is a copy the ORTC e-mail sent on August 17, 2022 stating that

1   Milestone is once again refusing to process the new payoff demand because the amount of the

2   loan is in dispute and that the Moons need to settle the dispute (produced by ORTC as document

3   #1071 in response to the subpoena).

4        13. Attached as Exhibit 9 is a copy of a new payoff request form that ORTC sent to

5   Milestone on December 14, 2022 after this case had been filed and the Court had ruled on

6   Milestone's motion to dismiss (produced by ORTC as document #545 in response to the

7   subpoena).

8        14. Attached as Exhibit 10 is a copy an e-mail sent by mortgage broker Schuman to

9   Milestone on February 6, 2023, seeking a payoff demand (produced as Moon Bates #33 in

10   discovery).

11       15. Attached as Exhibit 11 is a copy March 30, 2023 Kind Lending Loan Approval for

12   the 30-year, $900,000 loan to Lori Moon at 7.625% (produced as part of the Shuman response to

13   subpoena).

14       16. Attached as Exhibit 12 is a copy April 23, 2024 Kind Lending Closing Disclosure

15   Statement showing the terms of the loan at 7.625% and showing that the loan would close on

16   April 28. 2023 (produced by ORTC as document #1090 in response to the subpoena).

17

18       I declare under penalty of perjury under the laws of the state of California that the

19   foregoing is true and correct.

20

21   Dated: January 26, 2024

                      JOHN P. McDONNELL, ESQ.

22                         Attorney for Plaintiff

23

24

25

26

27

28

3

UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Mark E. Moon vs.
      Milestone Financial, LLC

Chapter 11

Bankruptcy No. 20-30711 DM

Adversary No.

EXHIBIT A

On **8/17/2022** at **5:30 PM, CSD-CPU\BDoyle** posted (WT)
(and emailed jbuchanan@ortc.com): REGARDING MILESTONE
FINANCIAL PAYOFF: Per lender they will not process our
payoff request as the borrower needs to call to settle an
ongoing dispute. CPU task has been closed.

On **8/16/2022** at **3:47 PM, CSD-CPU\mariam** posted (WT):
REGARDING MILESTONE FINANCIAL PAYOFF: Called 650-316-
8970 spoke with Jill who stated this loan is under dispute and
they are no able to provide payoff statement at this time, to
reach out to the borrower. I asked if she can provide
something in writing reason why payoff can not be
processed, Jill will ask to see what can be done but owner is
out traveling and he had instructed the rep to refer us back
to the borrower to call to settle the dispute first.

On **8/16/2022** at **3:29 PM, CSD-CPU\mariam** posted (WT):
REGARDING MILESTONE FINANCIAL PAYOFF: Called (800)
391-0595 entered option 2 no one answered call went to
voicemail, left detailed message requesting status of payoff
requested 8/10. Task to follow up 8/17.

On **8/16/2022** at **3:47 PM, CSD-CPU\mariam** posted (WT): REGARDING
MILESTONE FINANCIAL PAYOFF: Called 650-316-8970 spoke with Jill who stated
this loan is under dispute and they are no able to provide payoff statement at
this time, to reach out to the borrower. I asked if she can provide something in
writing reason why payoff can not be processed, Jill will ask to see what can be
done but owner is out traveling and he had instructed the rep to refer us back
to the borrower to call to settle the dispute first.

On **8/16/2022** at **3:29 PM, CSD-CPU\mariam** posted (WT): REGARDING
MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 entered option 2 no one
answered call went to voicemail, left detailed message requesting status of
payoff requested 8/10. Task to follow up 8/17.

On **8/16/2022** at **2:48 PM, CSD-CPU\mariam** posted (WT): REGARDING
MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and auto stated call can
not be completed as dialed to check the number and try again. Called (800)
342-1146 and need an extension as I do not have an extension call dropped.

On **8/15/2022 at 12:28 PM, CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and system said call cannot be completed at this time and call ended. Will try again tomorrow.

On **8/12/2022 at 2:26 PM, CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and system said call cannot be completed at this time. Will try again Monday morning.

On **8/12/2022 at 11:08 AM, CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and system said call cannot be completed at this time and try again later. Will try again this afternoon.

On **8/11/2022 at 11:10 AM, CSD-CPU\mchea** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called 800-391-0596 and left a detailed voice message along with escrow number, property address, and callback number. Task to follow up 8/12

On **8/10/2022 at 9:22 AM, CSD-CPU\mchea** posted (WT): REGARDING MILESTONE FINANCIAL: Ordered via email kgray@milestonefinancial.net P.800-391-0595. Tasked to follow up 8/11

On **8/3/2022 at 12:48 PM, CSD-CPU\kcaporusso** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: hello! Task has been closed as our email received no response. If this task is still needed, please assign a new task or email cpu.csd@ortc.com. Thank you!

On **8/1/2022 at 10:24 AM, CSD-CPU\kcaporusso** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: the CSD-CPU is unable to process your request for the following reason: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute. Please have borrowers call Milestone Financial and advise CPU how to proceed. Once this information is available, please email cpu.csd@ortc.com Thank you!

On **7/27/2022 at 2:02 PM, CSD-CPU\SPhillips** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: the CSD-CPU is unable to process your request for the following reason: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute. Please have borrowers call Milestone Financial and advise CPU how to proceed. Once this information is available, please email cpu.csd@ortc.com Thank you!

On **7/25/2022 at 2:33 PM, CSD-CPU\kcaporusso** posted (WT) (and emailed jbuchanan@ortc.com): REGARDING STALLED MILESTONE FINANCIAL PAYOFF: the CSD-CPU is unable to process your request for the following reason: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute. Please have borrowers call Milestone Financial and advise CPU how to proceed. Once this information is available, please email cpu.csd@ortc.com Thank you!

On **7/25/2022 at 2:04 PM, CSD-CPU\mariam** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called P:(800) 391-0596 opt 2 spoke to Jill for status. Rep stated to contact the borrowers let them know that the reason why Milestone Financial is not processing payoff due to on going dispute of the amount and the borrower's need to call Milestone Financial to settle the dispute.

On **7/22/2022 at 1:20 PM, CSD-CPU\egoveia** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called P:(800) 391-0596 opt 2 for status. Spoke to rep Angie who said she would call us back with info on the account. Tasked to follow up 7/25.

On **7/20/2022 at 1:47 PM, CSD-CPU\gsalas** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Sent a status update request to email kgray@milestonefinancial.net and admin@milestonefinancial.net Tasked to follow up 7/22

On **7/20/2022 at 11:18 AM, CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and no answer. System said to try again later. Will try again this afternoon.

On **7/19/2022 at 12:40 PM, CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 and no answer. System said to try again later. Will try again tomorrow morning.

On **7/19/2022 at 10:58 AM, CSD-CPU\jmeza** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Called (800) 391-0595 twice and no answer. System said to try again later. Will try again this afternoon.

On **7/15/2022 at 11:57 AM, CSD-CPU\gsalas** posted (WT): REGARDING MILESTONE FINANCIAL PAYOFF: Sent request to email kgray@milestonefinancial.net Phone: (800) 391-0595 Tasked to follow up 7/19 to confirm received

[Quoted text hidden]

# EXHIBIT 1

 **Gmail**                                           **Cathy Moran <cathymoranesq@gmail.com>**

## Moon refi

4 messages

---

**Cathy Moran** <cathymoranesq@gmail.com>             Mon, Jun 27, 2022 at 10:10 AM
To: Robert Schuman <robert@realestateloans.expert>
Cc: MARK MOON <macm00n@yahoo.com>, "renee@moranlaw.net" <renee@moranlaw.net>

The stay pending appeal has been denied and we should move ahead on noticing out this refi transaction.

I need a term sheet and an estimated net sheet.

Mark, I need you to confirm that we proposed to pay off all allowed filed claims either from escrow or by setting that money aside in a separate account to pay them upon dismissal.

--
Cathy
Cathleen Moran
Moran Law Group
643 Bair Island Road Suite 403
Redwood City, CA 94063

Remote office hours 9-1
direct 650 269 8680

---

**MARK MOON** <macm00n@yahoo.com>               Mon, Jun 27, 2022 at 10:07 PM
To: Cathy Moran <cathymoranesq@gmail.com>



Mark

Sent from my iPhone

> On Jun 27, 2022, at 10:10 AM, Cathy Moran <cathymoranesq@gmail.com> wrote:
>
>
[Quoted text hidden]

---

**Cathy Moran** <cathymoranesq@gmail.com>             Tue, Jun 28, 2022 at 6:52 AM
To: MARK MOON <macm00n@yahoo.com>
Cc: "renee@moranlaw.net" <renee@moranlaw.net>, John McDonnell <JPMcDON@aol.com>

[Quoted text hidden]

---

**JOHN MCDONNELL** <jpmcdon@aol.com>            Tue, Jun 28, 2022 at 10:04 AM

# EXHIBIT 2

# Borrower Signature Authorization

**Privacy Act Notice:** This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

## Part I - General Information

| 1. Borrower(s) | | 2. Name and address of Lender/Broker |
|---|---|---|
| **Lori H Moon**<br><br>**11 Mandalay Ct**<br>**Redwood City, CA 94065** | | **Network Financial Group**<br>**409 Tennant Station #450**<br>**Morgan Hill, CA 95037**<br>TEL: **408-779-0167** FAX: **866-262-0004** |
| 3. Date | 4. Loan Number<br><br>moon, lori & mark | |

## Part II - Borrower Authorization

I hereby authorize the Lender/Broker to verify my past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process my mortgage loan application. I further authorize the Lender/Broker to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. It is understood that a copy of this form will also serve as authorization.

The information the Lender/Broker obtains is only to be used in the processing of my application for a mortgage loan.

Borrower **Lori H Moon**          Date 7/14/2022

Borrower          Date

Calyx Form - bsaj.frm (10/2013)

# EXHIBIT 3



**From:** Cpu.csd <Cpu.csd@Ortc.com>
**Sent:** Friday, July 15, 2022 11:56 AM
**To:** kgray@milestonefinancial.net
**Subject:** Milestone Financial Payoff Request – 0621015855 - 11 Mandalay Court Redwood City, CA 94065

Good Afternoon,

Please see the attached payoff demand request. Please let me know if anything else is needed to process this request.

Thank you,

Central Processing Unit | Centralized Services Division (CSD)
T: 209-956-7691| F: 209-720-1665| Shoretel: 47691
cpu.csd@ortc.com
Old Republic Title| Western Title Division
3558 Deer Park Dr, Ste 103 | Stockton CA 95219

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you.

If you received this email as a commercial message and would like to opt out of future commercial messages, please let us know and we will remove you from our distribution list.

---

**6 attachments**

📄 **Milestone Financial Payoff Request.pdf**
92K

📄 **FW: Milestone Financial Payoff Request – 0621015855 - 11 Mandalay Court Redwood City, CA 94065.eml**
135K

📄 **Milestone Financial Payoff Request.pdf**
91K

📄 **FW: Status update Milestone Financial Payoff Request – 0621015855 - 11 Mandalay Court Redwood City, CA 94065.eml**
135K

📄 **Milestone Financial Payoff Request.pdf**
91K

# EXHIBIT 4

Case: 22-03106    Doc# 36    Filed: 01/26/24    Entered: 01/26/24 19:30:08    Page 14 of 33

# ★★★★ OLD REPUBLIC TITLE COMPANY

**A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP**

3558 Deer Park Drive, Suite 103 • Stockton CA • 95219 • (209) 956-7691 • FAX (209) 720-1665

**Please fax back to (209) 720-1665 or email cpu.csd@ortc.com.**

| | |
|---|---|
| Milestone Financial | Date: July 15, 2022 |
| | Escrow No: 0621015855-JB |
| Phone No.: (800) 342-1146 | Est. Closing Date: August 12, 2022 |
| Fax No.: (610) 421-8811 | |
| Attn: Payoff Department | **Good Through August 12, 2022** |

Request for ( ) Beneficiary Statement or (X) Payoff Demand Statement on Loan No.

Deed of Trust Executed by: Mark Moon and Lori H Moon
Recorded:          In Book:          Page:          Series/Instrument No.
MIN Registration Number:
Current Owner: Mark Moon and Lori H Moon
Property known as: 11 Mandalay Court, Redwood City, CA 94065
Legal Description:

This office, an entitled person as escrow for the current owner of the above referenced property, requests that you, as Beneficiary of the Deed of Trust referenced above, forward a written statement as indicated above, as such terms are defined in California Civil Code Section 2943.

In accordance with Civil Code Section 2943, if a Beneficiary Statement is requested, your written statement must include the following:

1. The amount of the unpaid balance of the obligation secured by such Deed of Trust (including, without limitation, all advances and other loans secured thereby whether evidenced by a recorded document or not and whether or not they have a different loan number), the interest rate on such obligation(s), together with the total amounts, if any, of all overdue installment(s) of either principal or interest, or both, and any other amounts which, upon payment of all to you, would entitle the owner of the property to a reconveyance of such Deed of Trust.

2. The amount of periodic payments, if any, and the date to which they are paid.

3. The date(s) on which the obligation is due in whole or in part.

4. The date to which real estate taxes and special assessments have been paid to the extent such information is known to you.

5. The amount of hazard insurance and/or flood insurance in effect and the term and premium of such insurance to the extent such information is known to you.

6. The amount in an account, if any, maintained for the accumulation of funds with which to pay taxes and/or insurance premiums.

7. The nature and, if known, the amount of any additional charges, costs, or expenses paid or incurred by you which have become a lien on the real property referenced above which, upon payment to you would entitle the owner to a release of such lien(s).

8. Whether the obligation secured by the mortgage or Deed of Trust can or may be transferred to a new borrower.

Any changes or amendments to your response to this request must be in writing and received prior to any reliance being placed upon the information so provided. Your written statement must not be conditioned upon any further act by you and any such requirements cannot be honored. Any requirement in your written statement that verbal confirmation of the written statement must be made prior to reliance upon it will not be honored as Civil Code Section 2943 requires such statement to be in writing.

Old Republic Title Company

By: Jamie Buchanan
    Escrow Officer

JB/gs

# EXHIBIT 5

# United Wholesale Mortgage, LLC
585 South Blvd E Pontiac , MI 48341

*Save this Loan Estimate to compare with your Closing Disclosure.*

## Loan Estimate

| | | | |
|---|---|---|---|
| **DATE ISSUED** | 7/20/2022 | **LOAN TERM** | 30 years |
| **APPLICANTS** | Lori H Moon | **PURPOSE** | Refinance |
| | 11 Mandalay Ct | **PRODUCT** | Fixed |
| | Redwood City , CA 94065 | **LOAN TYPE** | ☒ Conventional ☐ FHA ☐ VA ☐ _____ |
| | | **LOAN ID #** | 1222465468 |
| **PROPERTY** | 11 Mandalay Ct | **RATE LOCK** | ☒ NO ☐ YES, until |
| | Redwood City , CA 94065 | | |
| **EST. PROP. VALUE** | $3,500,000 | | |

Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on **8/3/2022** at 5:00 PM EDT

---

### Loan Terms

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $900,000 | **NO** |
| **Interest Rate** | 5.9% | **NO** |
| **Monthly Principal & Interest** <br> *See Projected Payments below for your Estimated Total Monthly Payment* | $5,338.23 | **NO** |

| | Does the loan have these features? |
|---|---|
| **Prepayment Penalty** | **NO** |
| **Balloon Payment** | **NO** |

---

### Projected Payments

| Payment Calculation | Years 1 - 30 |
|---|---|
| Principal & Interest | $5,338.23 |
| Mortgage Insurance | + 0 |
| Estimated Escrow <br> *Amount can increase over time* | + 0 |
| **Estimated Total Monthly Payment** | $5,338.23 |

| Estimated Taxes, Insurance & Assessments <br> *Amount can increase over time* | $1,360 a month | **This estimate includes** <br> ☒ Property Taxes <br> ☒ Homeowner's Insurance <br> ☐ Other: <br> *See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | **In escrow?** <br> NO <br> NO |
|---|---|---|---|

---

### Costs at Closing

| Costs at Closing | | |
|---|---|---|
| **Estimated Closing Costs** | $6,849 | Includes $3,423 in Loan Costs + $3,426 in Other Costs -$0 in Lender Credits. *See page 2 for details.* |
| **Estimated Cash to Close** | $8,151 | Includes Closing Costs *See Calculating Cash to Close on page 2 for details.* <br> ☐ From ☒ To Borrower |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

**DocMagic** *eForms*
5881578071000000-1222465468-ED
LOAN ID # 1222465468-1



MOON 228

## Closing Cost Details

### Loan Costs

**A. Origination Charges**

% of Loan Amount (Points)

| B. Services You Cannot Shop For | $1,948 |
|---|---|
| Appraisal Fee | $735 |
| Credit Report | $100 |
| Electronic Registration (MERS) Fee | $25 |
| Flood Certification | $8 |
| Tax Service | $85 |
| Third Party Processing Fee | $995 |

| C. Services You Can Shop For | $1,475 |
|---|---|
| Title - Mobile Notary Fee (Travel-Not Notarize) | $200 |
| Title - Premium for Lender's Coverage | $800 |
| Title - Recording Fee | $25 |
| Title - Settlement Or Closing Fee | $450 |

| D. TOTAL LOAN COSTS (A + B + C) | $3,423 |
|---|---|

### Other Costs

| E. Taxes and Other Government Fees | $225 |
|---|---|
| Recording Fees and Other Taxes | $225 |
| Transfer Taxes | |

| F. Prepaids | $3,201 |
|---|---|
| Homeowner's Insurance Premium ( months) | |
| Mortgage Insurance Premium ( months) | |
| Prepaid Interest ($145.48 per day for 22 days @ 5.9%) | $3,201 |
| Property Taxes ( months) | |

**G. Initial Escrow Payment at Closing**

| Homeowner's Insurance | per month for mo. |
|---|---|
| Mortgage Insurance | per month for mo. |
| Property Taxes | per month for mo. |

**H. Other**

| I. TOTAL OTHER COSTS (E + F + G + H) | $3,426 |
|---|---|

| J. TOTAL CLOSING COSTS | $6,849 |
|---|---|
| D + I | $6,849 |
| Lender Credits | |

### Calculating Cash to Close

| Loan Amount | $900,000 |
|---|---|
| Total Closing Costs (J) | –$6,849 |
| Estimated Total Payoffs and Payments | –$885,000 |
| **Estimated Cash to Close ☐ From ☒ To Borrower** | $8,151 |
| **Estimated Closing Costs Financed** (Paid from your Loan Amount) | $6,849 |

*DocMagic eFORMS*
5881578071000000-1222465468-ED
LOAN ID # 1222465468-1



# EXHIBIT 6



# DocMagic eSign Certificate

## List of Signers

| Name/Email | Signature | Created Date | Started Date | Consented Date | Viewed Date | Completed Date |
|---|---|---|---|---|---|---|
| LORI MOON<br>Moonlhk56@yahoo.com | *Lori H Moon* | 08/04/22<br>01:08:53 PM | 08/04/22<br>01:17:41 PM | 07/20/22<br>08:07:46 PM | 08/04/22<br>01:17:41 PM | 08/05/22<br>08:50:12 AM |
| ROBERT SCHUMAN<br>robert@realestateloans.expert | *Robert John Schuman* | 08/04/22<br>01:08:53 PM | 08/04/22<br>07:03:14 PM | 08/03/22<br>05:05:10 PM | 08/04/22<br>07:03:14 PM | 08/05/22<br>07:39:20 AM |

## Audit Log

| Date/Time | Person | IP Address | Action |
|---|---|---|---|
| 08/04/22 01:08:53 PM | SYSTEM USER | | eSign event created |
| 08/04/22 01:08:53 PM | LORI MOON | 10.1.220.206 | Inactive template: invitation was not sent to Moonlhk56@yahoo.com |
| 08/04/22 01:08:53 PM | ROBERT SCHUMAN | 10.1.220.206 | Invitation sent to robert@realestateloans.expert |
| 08/04/22 01:17:40 PM | LORI MOON | 73.223.195.180 | eSign event started |
| 08/04/22 01:17:41 PM | LORI MOON | 73.223.195.180 | Consent previously obtained on July 20, 2022 at 08:07 PM |
| 08/04/22 01:17:41 PM | LORI MOON | 73.223.195.180 | Initial Disclosure version 2 prepared on August 04, 2022, 1:08 PM PDT displayed |
| 08/04/22 07:03:15 PM | ROBERT SCHUMAN | 75.149.55.102 | eSign event started |
| 08/04/22 07:03:15 PM | ROBERT SCHUMAN | 75.149.55.102 | Consent previously obtained on August 3, 2022 at 05:05 PM |
| 08/04/22 07:03:15 PM | ROBERT SCHUMAN | 75.149.55.102 | Initial Disclosure version 2 prepared on August 04, 2022, 1:08 PM PDT displayed |
| 08/05/22 07:39:14 AM | ROBERT SCHUMAN | 187.199.53.147 | Approved electronic representation of signature |
| 08/05/22 07:39:14 AM | ROBERT SCHUMAN | 187.199.53.147 | Approved electronic representation of signature |
| 08/05/22 07:39:16 AM | ROBERT SCHUMAN | 187.199.53.147 | Customer Identification Verification signed by Robert Schuman |
| 08/05/22 07:39:19 AM | ROBERT SCHUMAN | 187.199.53.147 | eSign event signing complete |
| 08/05/22 07:39:19 AM | ROBERT SCHUMAN | 187.199.53.147 | Uniform Residential Loan Application signed by Robert Schuman |
| 08/05/22 08:41:57 AM | LORI MOON | 73.223.195.180 | Approved electronic representation of signature |
| 08/05/22 08:41:58 AM | LORI MOON | 73.223.195.180 | Approved electronic representation of signature |
| 08/05/22 08:41:59 AM | LORI MOON | 73.223.195.180 | Loan Estimate signed by Lori Moon |
| 08/05/22 08:42:09 AM | LORI MOON | 73.223.195.180 | Uniform Residential Loan Application signed by Lori Moon |
| 08/05/22 08:42:20 AM | LORI MOON | 73.223.195.180 | Affiliated Business Arrangement Disclosure signed by Lori Moon |
| 08/05/22 08:42:29 AM | LORI MOON | 73.223.195.180 | Borrower Consent to the Use of Tax Return Information signed by Lori Moon |
| 08/05/22 08:42:40 AM | LORI MOON | 73.223.195.180 | Borrower Signature Authorization signed by Lori Moon |
| 08/05/22 08:43:08 AM | LORI MOON | 73.223.195.180 | Residential Mortgage Credit Score Disclosure Exception Notice signed by Lori Moon |
| 08/05/22 08:43:23 AM | LORI MOON | 73.223.195.180 | California Acknowledgment of Receipt of Loan Estimate signed by Lori Moon |
| 08/05/22 08:43:32 AM | LORI MOON | 73.223.195.180 | Federal Equal Credit Opportunity Act Notice (ECOA) signed by Lori Moon |
| 08/05/22 08:43:43 AM | LORI MOON | 73.223.195.180 | California Fair Lending Notice signed by Lori Moon |
| 08/05/22 08:43:48 AM | LORI MOON | 73.223.195.180 | Fair Lending Notice signed by Lori Moon |
| 08/05/22 08:43:59 AM | LORI MOON | 73.223.195.180 | California Hazard Insurance Disclosure signed by Lori Moon |
| 08/05/22 08:44:57 AM | LORI MOON | 73.223.195.180 | Electronic Delivery Consent And Intent To Proceed signed by Lori Moon |
| 08/05/22 08:45:11 AM | LORI MOON | 73.223.195.180 | Addendum to Loan Application signed by Lori Moon |
| 08/05/22 08:45:47 AM | LORI MOON | 73.223.195.180 | Disclosure Notices signed by Lori Moon |
| 08/05/22 08:45:55 AM | LORI MOON | 73.223.195.180 | Acknowledgment of Receipt of Homeownership Counseling Notice signed by Lori Moon |
| 08/05/22 08:46:43 AM | LORI MOON | 73.223.195.180 | Borrower's Certification and Authorization signed by Lori Moon |

| Time | Name | IP Address | Event |
|---|---|---|---|
| 08/05/22 08:46:53 AM | LORI MOON | 73.223.195.180 | Borrower's Certification and Authorization signed by Lori Moon |
| 08/05/22 08:47:32 AM | LORI MOON | 73.223.195.180 | IVES Request for Transcript of Tax Return signed by Lori Moon |
| 08/05/22 08:50:11 AM | LORI MOON | 73.223.195.180 | eSign event signing complete |
| 08/05/22 08:50:11 AM | LORI MOON | 73.223.195.180 | Credit Inquiry Letter Of Explanation signed by Lori Moon |
| 08/05/22 08:50:12 AM | SYSTEM USER | | eSign event completed (Tamper Evident Seal Applied) |
| 08/05/22 08:50:12 AM | SYSTEM USER | | eSign Documents delivered |
| 08/05/22 08:50:13 AM | SYSTEM USER | | All clicksigns completed |

## List of Documents

| Document Name | Page(s) | Mark(s) | Signer(s) |
|---|---|---|---|
| ENCLOSED DOCUMENTS LIST | 1 | 0 | 0 |
| LOAN ESTIMATE | 3 | 1 | 1 |
| UNIFORM RESIDENTIAL LOAN APPLICATION | 9 | 3 | 2 |
| UNIFORM RESIDENTIAL LOAN APPLICATION - LENDER LOAN INFORMATION | 2 | 0 | 0 |
| AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE | 2 | 1 | 1 |
| BORROWER CONSENT TO THE USE OF TAX RETURN INFORMATION | 1 | 1 | 1 |
| BORROWER SIGNATURE AUTHORIZATION | 1 | 1 | 1 |
| RESIDENTIAL MORTGAGE CREDIT SCORE DISCLOSURE EXCEPTION NOTICE | 3 | 3 | 1 |
| ANTI-STEERING DISCLOSURE OF LOAN OPTIONS | 1 | 0 | 0 |
| CALIFORNIA ACKNOWLEDGMENT OF RECEIPT OF LOAN ESTIMATE | 1 | 1 | 1 |
| FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE (ECOA) | 1 | 1 | 1 |
| CALIFORNIA FAIR LENDING NOTICE | 1 | 1 | 1 |
| FAIR LENDING NOTICE | 1 | 1 | 1 |
| CALIFORNIA HAZARD INSURANCE DISCLOSURE | 1 | 1 | 1 |
| CUSTOMER IDENTIFICATION VERIFICATION | 2 | 1 | 1 |
| ELECTRONIC DELIVERY CONSENT AND INTENT TO PROCEED | 2 | 5 | 1 |
| ADDENDUM TO LOAN APPLICATION | 1 | 1 | 1 |
| HOUSING COUNSELORS NEAR YOU | 6 | 0 | 0 |
| DISCLOSURE NOTICES | 2 | 3 | 1 |
| ACKNOWLEDGMENT OF RECEIPT OF HOMEOWNERSHIP COUNSELING NOTICE | 1 | 1 | 1 |
| PRIVACY FORM - NO OPT OUT | 2 | 0 | 0 |
| ADDITIONAL DETAILS FOR SERVICES YOU CAN SHOP FOR | 1 | 0 | 0 |
| CREDIT INQUIRY LETTER OF EXPLANATION | 1 | 71 | 1 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 1 | 1 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 1 | 1 |
| IVES REQUEST FOR TRANSCRIPT OF TAX RETURN | 2 | 2 | 1 |

Copyright (c) 2016 DocMagic, Inc. - ALL RIGHTS RESERVED

# EXHIBIT 7

Case: 22-03106   Doc# 36   Filed: 01/26/24   Entered: 01/26/24 19:30:08   Page 22 of 33

**Archived:** Friday, October 6, 2023 3:47:54 PM
**From:** e23c3847b7ff4825bf6636d5850f1c58
**Mail received time:** Wed, 10 Aug 2022 11:22:23
**Sent:** Wed, 10 Aug 2022 09:22:23
**To:** kgray@milestonefinancial.net
**Subject:** Milestone Financial Payoff Request – 0621015855 - 11 Mandalay Court Redwood City, CA 94065
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Milestone Financial Payoff Request.pdf;

---

\f0Good Morning,

Please see the attached payoff demand request and authorization.
Please let me know if anything else is needed to process this request.

Thank you,

CSD-CPU
Centralized Servicing Division- Central Processing Unit
Old Republic Title | Old Republic Insurance Group
3558 Deer Park | Suite 103 | Stockton, CA 95219-2350
Cpu.csd@ortc.com
The information contained in this message is proprietary and/or confidential.
If you are not the intended recipient, please: (i) delete the message and all copies;
(ii) do not disclose, distribute or use the message in any manner; and (iii) notify the
sender immediately. In addition, please be aware that any message addressed to our domain
is subject to archiving and review by persons other than the intended recipient. Thank you.

If you received this email as a commercial message and would like to opt out of future
commercial messages, please let us know and we will remove you from our distribution list.

\sb280\f0

# EXHIBIT 8

**Sent:** Thursday, August 18, 2022 10:20 AM
**To:** Robert Schuman <robert@realestateloans.expert>
**Cc:** John McDonnell <JPMcDON@aol.com>; staci@stacisimmons.com; Buchanan, Jamie <jbuchanan@ortc.com>;
renee@moranlaw.net
**Subject:** [EXTERNAL] Re: FW: UNABLE TO PROCESS PAYOFF FOR Moon : Order 0621015855 - 11 Mandalay
Court, Redwood City, CA - New Message from WTD Tracking

OK, I'm for bankruptcy court to get a resolution.

Do we need to bring up the failure to verify the payments made at the same time?

On Thu, Aug 18, 2022 at 10:04 AM Robert Schuman <robert@realestateloans.expert> wrote:

> See below from Jamie buchanan at Old Republic Title, our escrow for the loan… "lender will NOT provide a payoff"
>
> please advise
>
> Thank you,
>
> Bob
>
> ---
>
> **From:** Buchanan, Jamie <jbuchanan@ortc.com>
> **Sent:** Thursday, August 18, 2022 8:34 AM
> **To:** Robert Schuman <robert@realestateloans.expert>
> **Cc:** 0621015855.corr@ortcorders.com
> **Subject:** UNABLE TO PROCESS PAYOFF FOR Moon : Order 0621015855 - 11 Mandalay Court, Redwood City, CA
> - New Message from WTD Tracking
>
> Robert see below – please have client obtain payoff thank you
>
> ---
>
> **From:** cpu.csd@ortc.com <cpu.csd@ortc.com>
> **Sent:** Wednesday, August 17, 2022 5:31 PM
> **To:** Buchanan, Jamie <jbuchanan@ortc.com>
> **Subject:** Order 0621015855 - 11 Mandalay Court, Redwood City, CA - New Message from WTD Tracking
>
> CSD-CPU\\BDoyle posted the following message for Order 0621015855 on WTD Tracking:
> REGARDING MILESTONE FINANCIAL PAYOFF: Per lender they will not process our payoff request as the borrower
> needs to call to settle an ongoing dispute. CPU task has been closed.

--

Cathy

Cathleen Moran

Moran Law Group

# EXHIBIT 9

# ★★★★
# ☆ OLD REPUBLIC TITLE COMPANY
## ★★★★

**A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP**

3558 Deer Park Drive, Suite 103 • Stockton CA • 95219 • (209) 956-7691 • FAX (209) 720-1665

**Please fax back to (209) 720-1665 or email cpu.csd@ortc.com**

| | |
|---|---|
| Milestone Financial | Date: December 14, 2022 |
| | Escrow No: 0621015855-JB |
| Phone No.: (800) 342-1146 | Est. Closing Date: January 13, 2023 |
| Fax No.: (610) 421-8811 | |
| Attn: Payoff Department | **Please make good through 01/13/23** |

Request for ( ) Beneficiary Statement or (X) Payoff Demand Statement on Loan No.

    Deed of Trust Executed by: E. Mark Moon and Lori H Moon
    Recorded:         In Book:         Page:         Series/Instrument No.
    MIN Registration Number:
    Current Owner: E. Mark Moon and Lori H Moon
    Property known as: 11 Mandalay Court, Redwood City, CA 94065
    Legal Description:

This office, an entitled person as escrow for the current owner of the above referenced property, requests that you, as Beneficiary of the Deed of Trust referenced above, forward a written statement as indicated above, as such terms are defined in California Civil Code Section 2943.

In accordance with Civil Code Section 2943, if a Beneficiary Statement is requested, your written statement must include the following:

1. The amount of the unpaid balance of the obligation secured by such Deed of Trust (including, without limitation, all advances and other loans secured thereby whether evidenced by a recorded document or not and whether or not they have a different loan number), the interest rate on such obligation(s), together with the total amounts, if any, of all overdue installment(s) of either principal or interest, or both, and any other amounts which, upon payment of all to you, would entitle the owner of the property to a reconveyance of such Deed of Trust.

2. The amount of periodic payments, if any, and the date to which they are paid.

3. The date(s) on which the obligation is due in whole or in part.

4. The date to which real estate taxes and special assessments have been paid to the extent such information is known to you.

5. The amount of hazard insurance and/or flood insurance in effect and the term and premium of such insurance to the extent such information is known to you.

6. The amount in an account, if any, maintained for the accumulation of funds with which to pay taxes and/or insurance premiums.

7. The nature and, if known, the amount of any additional charges, costs, or expenses paid or incurred by you which have become a lien on the real property referenced above which, upon payment to you would entitle the owner to a release of such lien(s).

8. Whether the obligation secured by the mortgage or Deed of Trust can or may be transferred to a new borrower.

Any changes or amendments to your response to this request must be in writing and received prior to any reliance being placed upon the information so provided. Your written statement must not be conditioned upon any further act by you and any such requirements cannot be honored. Any requirement in your written statement that verbal confirmation of the written statement must be made prior to reliance upon it will not be honored as Civil Code Section 2943 requires such statement to be in writing.

Old Republic Title Company

By: Jamie Buchanan
    Escrow Officer

Case: 22-03106    Doc# 36    Filed: 01/26/24    Entered: 01/26/24 19:30:08    Page 27 of 33

000545

# EXHIBIT 10

-----Original Message-----
From: Robert Schuman <robert@realestateloans.expert>
To: 'Bernard Kornberg' <Bernard.Kornberg@practus.com>; hcohen00@aol.com;
cathymoranesq@gmail.com
Cc: wsmilestone@gmail.com; staci@stacisimmons.com; JPMcDON@aol.com
Sent: Mon, Feb 6, 2023 12:04 pm
Subject: RE: Moon - Milestone payoff

Hello all,

We are preparing for the new loan and need an updated payoff statement. Attached is the fillable
payoff statement from Old Republic Title Company.

Can you please have this completed and returned.

Thank you,
Bob


**Click here to upload documents securely –** note: emails are NOT secure, do not email tax returns or
other sensitive documents that include your ssn or other private information

**Robert Schuman**
**Network Financial Group**
**Owner / Managing Broker**
**Real Estate Financing**
Ph: 408-472-0326
Fax: 866-262-0004
NMLS# 316507
DRE# 00993778

"*A bird sitting on the branch of the tree*
*is not frightened by the shaking of the branch,*
*Because the bird trusts not the branch,*
*She trusts her own ability to fly*"

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information. If you are not the intended recipient, you may NOT use, disclose, copy or
disseminate this information. Please contact the sender by reply e-mail immediately and
destroy all copies of the original message, including all attachments. Your cooperation is
greatly appreciated.

# EXHIBIT 11



**Conditional Loan Approval**

date: 03/30/2023

| | | | | | |
|---|---|---|---|---|---|
| Underwriter: | Sharon Tavera | phone: | (714) 439-0732 | email: | STavera@kindlending.com |
| Account Manager: | Maria Herrera | phone: | (714) 844-8130 | email: | mherrera@kindlending.com |
| | Help Desk: | phone: | 714-844-7555 | email: | helpdesk@kindlending.com |
| | Lock Desk: | phone: | 714-844-8100 | email: | lockdesk@kindlending.com |

## Loan Features

| Borrower(s): Lori H Moon | | Loan Number: 7000040185 |
|---|---|---|
| Property Address: 11 Mandalay Ct Redwood City, CA 94065-1292 | | Conditional Approval Date: 03/22/2023 |
| Program Details: Freddie 30 Year High Balance | | Estimated Signing Date: 04/28/2023 |
| Purpose: Refinance | Proposed PITI: $7,829.58 | Note Rate: 7.625% |
| Occupancy: Primary Residence | MI Type: | Lock Date: |
| Loan Amount: $900,000.00 | Monthly MI Amt: $0.00 | Lock Expiration: |
| Appraised Value: $3,500,000.00 | Upfront MI Amt: $0.00 | Compensation Type: Lender Paid |
| Purchase Price: $0.00 | Impounds: No | AUS Type: Loan Product Advisor |
| LTV/CLTV/HCLTV: 25.71%/25.71%/25.71% | Impound Type:: | Property Type: 1SFR |

## Important Expiration Dates

| Income | Assets | Credit | Appraisal | Title | VVOE | Approval |
|---|---|---|---|---|---|---|
| 07/09/2023 | | 07/15/2023 | | | | 07/09/2023 |

## Clauses

Title: **Kind Lending, LLC ISAOA/ATIMA, 4 Hutton Centre Drive Suite 1000, Santa Ana, CA 92707**

CPL: **Kind Lending, LLC, 4 Hutton Centre Drive Suite 1000, Santa Ana, CA 92707**

Insurances: **Kind Lending, LLC, c/o LoanCare, LLC ISAOA/ATIMA, PO Box 202049, Florence, SC 29502-2049**

**INTERNAL CONDITIONS:** Kind Lending internal conditions are located on the <u>Kwikie Portal</u>

## Conditions Pending Review

3/30

27 **\*\*title report provided has expired\*\***
Title commitment reflecting Kind Lending as lender identifying the following verbiage: Kind Lending, LLC ISAOA/ATIMA, 4 Hutton Centre Drive Suite 1000, Santa Ana, CA 92707. Must Include 12 month chain of title, legal description and current E&O.

S

309 Satisfactory Closing Protection Letter (CPL) dated within 60 days of closing. Must reflect borrower(s) name, property address, loan number and correct full mortgagee clause as noted: Kind Lending, LLC, 4 Hutton Centre Drive Suite 1000, Santa Ana, CA 92707.

3/27
3/29

514 Broker to provide invoice to support Contract Processing Fee.
Invoice must include NMLS Number for processor. Account Manager to verify processor is not employed by Broker.

3/27
3/29

# EXHIBIT 12

# Closing Disclosure

*This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.*

**Closing Information**

| | |
|---|---|
| Date Issued | 04/23/2023 |
| Closing Date | 04/24/2023 |
| Disbursement Date | 04/28/2023 |
| Settlement Agent | OLD REPUBLIC TITLE COMPANY |
| File # | 0621015855-JB |
| Property | 11 MANDALAY CT REDWOOD CITY, CA 94065-1292 |
| Appraised Prop. Value | ▮▮▮▮▮▮ |

**Transaction Information**

| | |
|---|---|
| Borrower | LORI H. MOON 11 MANDALAY CT REDWOOD CITY, CA 94065-1292 |
| Lender | KIND LENDING, LLC |

**Loan Information**

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Refinance |
| Product | Fixed Rate |
| Loan Type | ☒ Conventional ☐ FHA ☐ VA ☐ _____ |
| Loan ID # | 7000040185 |
| MIC # | |

## Loan Terms

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $900,000 | **NO** |
| Interest Rate | 7.625% | **NO** |
| Monthly Principal & Interest *See Projected Payments below for your Estimated Total Monthly Payment* | $6,370.14 | **NO** |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | **NO** |
| Balloon Payment | | **NO** |

## Projected Payments

| Payment Calculation | | Years 1-30 |
|---|---|---|
| Principal & Interest | | $6,370.14 |
| Mortgage Insurance | + | 0 |
| Estimated Escrow *Amount can increase over time* | + | 0 |
| **Estimated Total Monthly Payment** | | **$6,370.14** |

| Estimated Taxes, Insurance & Assessments *Amount can increase over time* *See page 4 for details* | $1,801.06 a month | **This estimate includes** ☒ Property Taxes ☒ Homeowner's Insurance ☒ Other: HOA FEE *See Escrow Account on page 4 for details. You must pay for other property costs separately.* | **In escrow?** NO NO NO |
|---|---|---|---|

## Costs at Closing

| | | |
|---|---|---|
| Closing Costs | $20,093.61 | Includes $9,972.00 in Loan Costs + $10,121.61 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| Cash to Close | $124,988.18 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* ☐ From ☒ To Borrower |

18566 1341_CLOSING DISCLOSURE

Case: 22-03106   Doc# 36   Filed: 01/26/24   Entered: 01/26/24 19:30:08   Page 33 of 33