**Entered on Docket**
**June 18, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**CHANGES MADE BY COURT**

**Signed and Filed: June 18, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Telephone: (341) 234-6629
Email: Bernard.kornberg@practus.com

Attorneys for Defendant,
Milestone Financial, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) CASE NO. 20-30711 |
| | ) CHAPTER 11 |
| E. MARK MOON | ) ADV NO. 22-03106 |
| | ) |
|     Debtor, | ) |
| _____ | ) **JUDGMENT FOR DEFENDANT** |
| E. MARK MOON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| Milestone Financial, LLC, a California | ) |
| Limited Liability Company | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

1

**JUDGMENT FOR DEFENDANT**

Defendant, Milestone Financial, LLC's motion for Summary Judgment and/or Partial Summary Judgment [Dkt. 46] was heard by the Court on May 22, 2024. Harris L. Cohen, Esq. of Harris L. Cohen, A Prof. Corp. appeared for Defendant and John P. McDonnell, Esq. of the Law Offices of John P. McDonnell and Cathleen C. Moran, Esq. of Moran Law Group, Inc. appeared for Plaintiff, E. Mark Moon. After hearing the argument and reviewing all briefs in favor of and against the motion and all evidence, the Court granted the motion for summary judgment as to all causes of action in the Second Amended Complaint [Dkt. 31] by the Court's order entered on June 10, 2024 [Dkt. 57].

The Court's order adjudicated the entire action and judgment in favor of Defendant, Milestone Financial, LLC, is appropriate at this time.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,**

1. That judgment is entered in favor of Milestone Financial, LLC and against E. Mark Moon on the operative Second Amended Complaint in this action;

2. That E. Mark Moon shall take nothing from this Action; and

3. Any post-judgment motion for attorneys fees shall be governed by the applicable Bankruptcy Local Rules and Federal Rules of Bankruptcy Procedure.

**\*\*END OF JUDGMENT\*\***

ALL PARTIES SERVED BY ECF