HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: Bernard.kornberg@millernash.com

Attorneys for Defendant, Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re | CASE NO. 20-30711 |
| | CHAPTER 11 |
| MARK E. MOON | ADV NO. 22-03106 |
| Debtor, | **MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER JUDGMENT** |
| _____ | |
| MARK E. MOON, | |
| Plaintiff, | |
| v. | Date: August 2, 2024 |
| Milestone Financial, LLC, a California Limited Liability Company | Time: 10:00 a.m. |
| | Dept. remote appearance |
| Defendant. | |
| _____ | |

Milestone Financial, LLC ("Milestone") will and hereby does move the Court for an order granting its motion for attorneys' fees after judgment in the amount of $176,255 against E. Mark Moon aka Mark Moon.

The Motion will be based upon the Motion, the Notice of Motion, the Memorandum of Points and Authorities and the Declarations of Harris L. Cohen, Bernard Kornberg, and Joyce Lau, the request for judicial notice and the evidence in support of the motion and all other documentation on file with the Bankruptcy Court herein. The motion is made pursuant to FRBP 7054, FRCP 54, Local Bankruptcy Rule ("LBR") 1001-2(a) and Civil Local Rules ("CLR") 54-1 – 54-4.

Please take further notice that pursuant to Bankruptcy Local Rule ("BLR") 7007-1(b), any opposition to the Motion shall be filed and served on the initiating party at least 14 days prior to the scheduled hearing date. This motion has been filed as least 28 days prior to the hearing as required by BLR 7007-1(a).

This hearing will not be conducted in Courtroom 19 but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may

contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: July 1, 2024　　　　　　　　　　MILLER NASH LLP

　　　　　　　　　　　　　　　　　　　By:_____/s/ Bernard J. Kornberg
　　　　　　　　　　　　　　　　　　　　　BERNARD J. KORNBERG
　　　　　　　　　　　　　　　　　　　Attorneys for Milestone Financial, LLC