HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: Bernard.kornberg@millernash.com

Attorneys for Defendant, Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re | CASE NO. 20-30711 |
| | CHAPTER 11 |
| MARK E. MOON | ADV NO. 22-03106 |
| Debtor, | **DECLARATION OF WILLIAM STUART IN SUPPORT OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER JUDGMENT** |
| MARK E. MOON, | |
| Plaintiff, | |
| v. | |
| Milestone Financial, LLC, a California Limited Liability Company | Date: August 2, 2024 |
| | Time: 10:00 a.m. |
| Defendant. | Dept. remote appearance |

1

DECL. STUART IN SUPPORT OF MOTION BY MILESTONE FOR ATTORNEYS' FEES AFTER JUDGMENT

# DECLARATION OF WILLIAM STUART

I, William Stuart, hereby declare and state:

I am over the age of 18 and have personal knowledge as to all facts set forth herein and if called upon to testify thereto I could and would competently do so.

1. I am the manager of Defendant, Milestone Financial, LLC ("Milestone").

2. Attached hereto as Exhibit "1" is a true and correct copy of the Promissory Note from Mark and Lori Moon to Milestone that is the subject of this action.

3. Attached hereto as Exhibit "2" is a true and correct copy of the Deed of Trust from Mark and Lori Moon to Milestone granting Milestone a security interest in their property at 11 Mandalay Ct., Redwood City, CA 94065, to secure their debt to Milestone.

4. Attached hereto as Exhibit "3" is a true and correct copy of the Settlement Agreement, Indemnity and First Amendment to Promissory Note Secured by Deed of Trust between the Moons and Milestone.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed at New York City, New York.

Dated: July 1, 2024      _/s/ Willaim Stuart_____
                          William Stuart