HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: Bernard.kornberg@millernash.com

Attorneys for Defendant, Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN re | ) | CASE NO. 20-30711 |
| | ) | CHAPTER 11 |
| MARK E. MOON | ) | ADV NO. 22-03106 |
| | ) | |
| Debtor, | ) | **DECLARATION OF JOYCE K. LAU IN** |
| ______________________________ | ) | **SUPPORT OF MOTION BY** |
| MARK E. MOON, | ) | **MILESTONE FINANCIAL, LLC FOR** |
| | ) | **ATTORNEYS' FEES AFTER** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| Milestone Financial, LLC, a California | ) | |
| Limited Liability Company | ) | Date: August 2, 2024 |
| | ) | Time: 10:30 a.m. |
| Defendant. | ) | Dept. remote appearance |
| ______________________________ | ) | |

# DECLARATION OF JOYCE K. LAU

I, Joyce K. Lau, hereby declare and state:

I am over the age of 18 and have personal knowledge as to all facts set forth herein and if called upon to testify thereto I could and would competently do so.

1. I am an attorney for Defendant, Milestone Financial, LLC.

2. Attached hereto as Exhibit "1" are true and correct copies of my billing statements for work on this case. The total hours for work I billed for is 10.9 hours. This work includes some work that did not justify my hourly rate and for which I billed at a lower rate ($175.00) as indicted on the bill. The time billed for Rodrigo Franco, our paralegal, is billed at $125.00 per hour.

3. My services in this case included

- Assisting with the deposition of Robert Schuman, the key witness in the case;
- Attending scheduling conferences held by the Court;
- Attending the deposition of Robert Schuman;
- Assisting with procuring documents from Kind Lending after the subpoena was served on it and it did not timely respond and produce documents;

Case: 22-03106 Doc# 65-4 Filed: 07/01/24 Entered: 07/01/24 14:31:03 Page 2 of 18

- Assisted with the planned motion for contempt of Kind Lending, with proof of my numerous attempts to have Kind Lending voluntarily comply with the subpoena; and
- Attended the summary judgment hearing on February 23, 2024.

3. My customary hourly rate for work of this type is $395.

4. My Curriculum Vitae is attached hereto as Exhibit "2."

5. Attached as Exhibit "3" to this declaration are the invoices from Tally Court Reporters, Inc. for the deposition of Robert Schuman.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Jose, California.

Dated: July 1, 2024

/s/ Joyce K. Lau

Joyce K. Lau

Case: 22-03106 Doc# 65-4 Filed: 07/01/24 Entered: 07/01/24 14:31:03 Page 3 of 18

# EXHIBIT 1

# The Fuller Law Firm, P.C.

60 N. Keeble Ave.
San Jose, CA 95126
US
Lars@fullerlawfirm.net
Fullerlawfirm.net
O: (408) 295-5595

# INVOICE

| Number | 362 |
|---|---|
| Issue Date | 11/2/2023 |
| Due Date | 12/2/2023 |
| Email | wsmilestone@gmail.com |

## Bill To:

Milestone Financial LLC

4970 El Camino Real, Suite 230
Los Altos, CA 94022
usa
O: 650-316-8970

### Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Other professionals<br>10/25/2023<br>docs from title company | Joyce Lau | $619.05 | 1.00 | $619.05 |
| | | **Expenses Total:** | **1.00** | **$619.05** |

| | |
|---|---|
| Total (USD) | $619.05 |
| Payment 2063 12/5/2023<br>check #3109 & 1097 | $-619.05 |
| Balance | $0.00 |

Milestone Financial, LLC (Moon, E. Mark 20-30711)

20-50711-HLB

# The Fuller Law Firm, P.C.

60 N. Keeble Ave.
San Jose, CA 95126
US
Lars@fullerlawfirm.net
Fullerlawfirm.net
O: (408) 295-5595

# INVOICE

| Number | 378 |
|---|---|
| Issue Date | 12/4/2023 |
| Due Date | 1/3/2024 |
| Email | wsmilestone@gmail.com |

## Bill To:

Milestone Financial LLC

4970 El Camino Real, Suite 230
Los Altos, CA 94022
usa
O: 650-316-8970

### Flat Fees

| Flat Fees | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| 12/4/2023<br>Discount | JL | $600.00 | -1.00 | $-600.00 |
| | | **Flat Fees Total:** | **-1.00** | **$-600.00** |

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Case Management<br>11/1/2023<br>efiled status conf stmt | Joyce Lau | $175.00 | 0.20 | $35.00 |
| Appear for/attend<br>11/3/2023<br>scheduling conf | Joyce Lau | $395.00 | 1.00 | $395.00 |
| Case Management<br>11/16/2023<br>printed exhibits and bound them | Rodrigo Franco | $125.00 | 3.50 | $437.50 |
| Appear for/attend<br>11/17/2023<br>deposition | Joyce Lau | $395.00 | 1.00 | $395.00 |
| Case Management<br>11/17/2023<br>rescheduled deposition | Rodrigo Franco | $125.00 | 0.50 | $62.50 |
| | | **Time Entries Total** | **6.20** | **$1,325.00** |

### Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Other professionals<br>11/17/2023<br>deposition; talty | Joyce Lau | $350.00 | 1.00 | $350.00 |

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Other professionals<br>11/30/2023<br>service on Robert Schuman | Joyce Lau | $545.00 | 1.00 | $545.00 |
| Other professionals<br>11/30/2023<br>service on Kind Lending LLC | Joyce Lau | $130.00 | 1.00 | $130.00 |
| Postage<br>11/3/2023<br>FedEx check (witness fee) | Joyce Lau | $41.20 | 1.00 | $41.20 |
| Other professionals<br>11/3/2023<br>witness fee | Joyce Lau | $75.00 | 1.00 | $75.00 |
| | | **Expenses Total:** | **5.00** | **$1,141.20** |

| | |
|---|---|
| Total (USD) | $1,866.20 |
| Payment 2070 12/6/2023<br>check #3142 | $-1,866.20 |
| Balance | $0.00 |

Milestone Financial, LLC (Moon, E. Mark 20-30711)

20-50711-HLB

# The Fuller Law Firm, P.C.

60 N. Keeble Ave.
San Jose, CA 95126
US
Lars@fullerlawfirm.net
Fullerlawfirm.net
O: (408) 295-5595

# INVOICE

| | |
|---|---|
| Number | 387 |
| Issue Date | 1/3/2024 |
| Due Date | 2/2/2024 |
| Email | wsmilestone@gmail.com |

## Bill To:

Milestone Financial LLC

4970 El Camino Real, Suite 230
Los Altos, CA 94022
usa
O: 650-316-8970

### Flat Fees

| Flat Fees | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| 1/3/2024<br>Discount | JL | $140.96 | -1.00 | $-140.96 |
| | | **Flat Fees Total:** | **-1.00** | **$-140.96** |

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Appear for/attend<br>5/26/2023<br>status conf | Joyce Lau | $395.00 | 0.30 | $118.50 |
| Draft/revise<br>12/21/2023<br>ltr to Kind Lending re subpoena | Joyce Lau | $395.00 | 0.50 | $197.50 |
| Communicate (other external)<br>12/21/2023<br>spoke to Debbie at Kind Lending, left a vm for Tom Noto at its legal department | Joyce Lau | $395.00 | 0.20 | $79.00 |
| | | **Time Entries Total** | **1.00** | **$395.00** |

### Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Postage<br>9/30/2022<br>NOTICE OF HEARING ON MILESTONE FINANCIAL, LLC MOTION TO DISMISS SECOND, THIRD AND FIFTH CAUSES OF ACTION FOR VIOLATION OF 15 U.S.C. 1639g AND 11 U.S.C. §105 AND ATTORNEYS' FEES | Flora Agosto | $3.36 | 3.00 | $10.08 |

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Postage<br>6/26/2023<br>1) Milestone Financial, LLC's Opposition to Debtor's Motion to Dismiss Chapter<br>11 Case; Memorandum of Points and Authorities; Declarations of William<br>Stuart and Bernard Kornberg<br>2) Milestone Financial, LLC's Evidentiary Objections to Declaration of Mark E.<br>Moon re Debtor's Motion to Dismiss Chapter 11 Case<br>3) Milestone Financial, LLC's Request for Judicial Notice in Support of Opposition to Debtor's Motion to Dismiss Chapter 11 Case<br>I | Flora Agosto | $0.84 | 4.00 | $3.36 |
| Postage<br>8/4/2023<br>1) Milestone Financial, LLC's Supplemental Opposition to Debtor's Motion to Dismiss Chapter 11 Case; Memorandum of Points and Authorities | Flora Agosto | $0.63 | 9.00 | $5.67 |
| Other professionals<br>12/15/2023<br>court reporter - depo of Schuman | Joyce Lau | $367.50 | 1.00 | $367.50 |
| Postage<br>12/18/2023<br>postage | Joyce Lau | $9.35 | 1.00 | $9.35 |
| | | **Expenses Total:** | **18.00** | **$395.96** |

| | |
|---|---|
| Total (USD) | $650.00 |
| Payment 1161 1/25/2024<br>check #1709 | $-650.00 |
| Balance | $0.00 |

Milestone Financial, LLC (Moon, E. Mark 20-30711)

20-50711-HLB

# The Fuller Law Firm, P.C.

60 N. Keeble Ave.
San Jose, CA 95126
US
Lars@fullerlawfirm.net
Fullerlawfirm.net
O: (408) 295-5595

# INVOICE

| Number | 398 |
|---|---|
| Issue Date | 2/12/2024 |
| Due Date | 3/13/2024 |
| Email | wsmilestone@gmail.com |

## Bill To:

Milestone Financial LLC

4970 El Camino Real, Suite 230
Los Altos, CA 94022
usa
O: 650-316-8970

### Flat Fees

| Flat Fees | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| 2/12/2024<br>Discount | JL | $57.90 | -1.00 | $-57.90 |
| | | **Flat Fees Total:** | **-1.00** | **$-57.90** |

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>1/3/2024<br>with Tom at Kind Lending re subpoena | Joyce Lau | $395.00 | 0.10 | $39.50 |
| Communicate (other external)<br>1/9/2024<br>with Kind Lending re subpoena | Joyce Lau | $395.00 | 0.20 | $79.00 |
| Communicate (other external)<br>1/10/2024<br>Thomas Noto - the receptionist said he has been informed of my call and would call me back | Joyce Lau | $395.00 | 0.10 | $39.50 |
| Communicate (other external)<br>1/11/2024<br>left a vm for Thomas Noto | Joyce Lau | $395.00 | 0.10 | $39.50 |
| Draft/revise<br>1/11/2024<br>dec ISO motion to compel; compiled exhibits | Joyce Lau | $395.00 | 0.70 | $276.50 |
| | | **Time Entries Total** | **1.20** | **$474.00** |

### Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Deposition transcripts<br>1/8/2024<br>Certified copies of transcripts of Robert Schuman<br>Exhibits, handling<br>Go green Scripts Lit package | Flora Agosto | $1,016.95 | 1.00 | $1,016.95 |
| Deposition transcripts<br>1/19/2024<br>Invoice #1216641 date 12/13/2023 | Flora Agosto | $1,566.95 | 1.00 | $1,566.95 |
| | | **Expenses Total:** | **2.00** | **$2,583.90** |

| | |
|---|---|
| Total (USD) | $3,000.00 |
| Payment 2107 2/19/2024<br>check #3377 | $-3,000.00 |
| Balance | $0.00 |

Milestone Financial, LLC (Moon, E. Mark 20-30711)

20-50711-HLB

# The Fuller Law Firm, P.C.

60 N. Keeble Ave.
San Jose, CA 95126
US
Lars@fullerlawfirm.net
Fullerlawfirm.net
O: (408) 295-5595

# INVOICE

| Number | 407 |
|---|---|
| Issue Date | 3/4/2024 |
| Due Date | 4/3/2024 |
| Email | wsmilestone@gmail.com |

## Bill To:

Milestone Financial LLC

4970 El Camino Real, Suite 230
Los Altos, CA 94022
usa
O: 650-316-8970

### Flat Fees

| Flat Fees | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| 3/4/2024<br>Discount | JL | $237.50 | -1.00 | $-237.50 |
| | | **Flat Fees Total:** | **-1.00** | **$-237.50** |

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Appear for/attend<br>2/23/2024<br>hrg on MSJ AP#2 | Joyce Lau | $395.00 | 2.50 | $987.50 |
| | | **Time Entries Total** | **2.50** | **$987.50** |

| | |
|---|---|
| Total (USD) | $750.00 |
| Payment 2136 3/11/2024<br>check #3483 | $-750.00 |
| Balance | $0.00 |

Milestone Financial, LLC (Moon, E. Mark 20-30711)

20-50711-HLB

# EXHIBIT 2

# JOYCE K. LAU

60 N Keeble Avenue, San Jose, CA 95126 ♦ 408-295-5595 ♦ joyce@fullerlawfirm.net

## BAR MEMBERSHIP

Admitted in the State Bar of California (State bar number: 267839) December, 2009

## EXPERIENCE

**The Fuller Law Firm, P.C.,** San Jose, CA January 2010 – present

Bankruptcy – Representing Debtors

- Managing Chapter 7, Chapter 13 and Chapter 11 cases in Northern District and Eastern District of California:
    - Consultation – meet new clients, collect information and discuss strategies;
    - Signoff – explain and review the Petition, Schedules, and relevant documents to clients;
    - Appearing at Initial Debtor Interview, Meeting of Creditors, confirmation hearings and status conference;
    - Drafting Chapter 13 and Chapter 11 (including SubChapter V) plans;
    - Resolving and contesting objections raised by the Trustee and creditors;
    - Negotiating with creditors re: payments and interest rate;
    - Appearing at Contested Hearings on Plan Confirmation;
    - Counseling clients and negotiating with creditors re: Motions for Relief from Stay;
    - Modifying Plan – Review cases after bar date, file proof of claim for creditors;
    - Drafting motions – Motion to Value Collateral for Purposes of Voiding or Cramming Lien, Motion to Incur Debt to Purchase Real Estate, Motion to Allow Mortgage Loan Modification, Motion for Order to Allow Sale of Property, etc.;
    - Research on issues and drafted memos such as "whether it is good faith to contribute to retirement during bankruptcy term" and "whether underwater real estate was necessary for effective reorganization";
    - Defending Chapter 7 clients in adversary proceedings re: non-dischargeability;
    - Filing Adversary Proceedings for injunctive relief, contempt for violation of the automatic stay;
    - Trials (Motion to Value Collateral and Motion to Expunge Bankruptcy Records);
- Preparing contents on website and brochure to explain bankruptcy process to clients;
- Setting up procedures and protocols to improve efficiency in the office.

Bankruptcy – Representing Creditors

- Managing Chapter 7, Chapter 13 and Chapter 11 cases in Northern District and Eastern District of California:
    - Preparing proofs of claims;
    - Drafting Objection to Confirmation of Chapter 13 and Chapter 11 plans;
    - Negotiating with debtors re: payments and interest rate;
    - Appearing at Contested Hearings on Plan Confirmation;
    - Counseling clients and negotiating with debtors re: Motions for Relief from Stay and drafting stipulations;
    - Drafting motions – Motion for Relief from the Automatic Stay, Motion to Allow Mortgage Loan Modification, Motion to Dismiss case; and
    - Research on issues such as "interest rate to payoff short-term mortgages through the plan", "nature of default interest rate" and "whether interest rate on a residential mortgage can be modified."

Unlawful Detainer – Representing Landlords in the Bay Area

- Managing UD cases in Counties of Santa Clara, San Mateo, Alameda, Marin, San Francisco
    - Drafting Notice to Quit;
    - Drafting Complaints;

- Negotiating with Tenants; and
  - Drafting stipulations.

**The Court of Appeal, Sixth Appellate District,** San Jose, CA January 2009 – April 2009
*Judicial Extern* for Justice Nathan Mihara

- Prepared draft opinions, summarized appellate briefs of contract cases, criminal cases and family law cases for use during oral arguments.

**Katherine and George Alexander Community Law Center,** San Jose, CA January 2009 – April 2009
*Student Counselor*

- Interviewed consumer debtors, discussed strategies and explained options to clients.

**Thomson Reuters,** Santa Clara, CA March 2007 – April 2009
*Westlaw Student Representative*

- Assisted students in conducting legal research, organized trainings and seminars.

## EDUCATION

**Santa Clara University School of Law,** Santa Clara, CA *JD*, May 2009
**The Chinese University of Hong Kong,** Hong Kong *M.Phil. in Biology*, August 2005
**The Chinese University of Hong Kong,** Hong Kong *B.Sc. in Biology*, August 2002

## LAUGUAGES

- Fluent in Cantonese and Mandarin (written and spoken); conversational Italian.

# EXHIBIT 3

# INVOICE

Talty Court Reporters, Inc.
2131 The Alameda
Suite D
San Jose, CA 95126
T: 408-244-1900 F: 408-244-1374

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190047 | 11/27/2023 | 116046 |
| **Job Date** | **Case No.** | |
| 11/17/2023 | ADV. PROC. NO: 22-03106 | |
| **Case Name** | | |
| E. Mark Moon and Lori H. Moon vs. Milestone Financial, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joyce Lau
The Fuller Law Firm
60 N. Keeble Avenue
San Jose, CA 95126

| | | | | |
|---|---|---|---|---|
| Robert Schuman | | | | 0.00 |
| Certification of Non-Appearance | 1.00 | @ | 350.000 | 350.00 |
| **TOTAL DUE >>>** | | | | **$350.00** |
| AFTER 12/27/2023 PAY | | | | $367.50 |

Thank you; we appreciate your business!
You can now pay online at www.taltys.com

**Tax ID:** 94-2232944

*Please detach bottom portion and return with payment.*

Joyce Lau
The Fuller Law Firm
60 N. Keeble Avenue
San Jose, CA 95126

Job No. : 116046 BU ID : 1-TALTY
Case No. : ADV. PROC. NO: 22-03106
Case Name : E. Mark Moon and Lori H. Moon vs. Milestone Financial, LLC
Invoice No. : 190047 Invoice Date : 11/27/2023
**Total Due : $350.00**
AFTER 12/27/2023 PAY $367.50

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Talty Court Reporters, Inc.**
**2131 The Alameda**
**Suite D**
**San Jose, CA 95126**

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460 F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1216646 | 1/8/2024 | 1068464 |
| **Job Date** | **Case No.** | |
| 12/13/2023 | | |
| **Case Name** | | |
| Mark E. Moon v. Milestone Financial LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bernard J. Kornberg, Esq.
Practus
58 W. Portal Ave.
PMB 782
San Francisco, CA 94127

1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Robert Schuman | 150.00 | Pages | @ | 6.350 | 952.50 |
| Exhibits - Scanned | 54.00 | | @ | 0.250 | 13.50 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| **TOTAL DUE >>>** | | | | | **$1,016.95** |

Location of Job : Fuller Law firm
60 N Keeble Ave
San Jose, CA 95126

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,016.95** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Job No. : 1068464 BU ID : California
Case No. :
Case Name : Mark E. Moon v. Milestone Financial LLC

Invoice No. : 1216646 Invoice Date : 1/8/2024
**Total Due** : **$1,016.95**

Bernard J. Kornberg, Esq.
Practus
58 W. Portal Ave.
PMB 782
San Francisco, CA 94127

**PAYMENT WITH CREDIT CARD**

AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

Case: 22-03106 Doc# 65-4 Filed: 07/01/24 Entered: 07/01/24 14:31:03 Page 18 of 18