HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: Bernard.kornberg@millernash.com

Attorneys for Defendant, Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re<br><br>MARK E. MOON<br><br>    Debtor,<br>_____<br>MARK E. MOON,<br><br>    Plaintiff,<br>v.<br>Milestone Financial, LLC, a California Limited Liability Company<br><br>    Defendant.<br>_____ | CASE NO. 20-30711<br>CHAPTER 11<br>ADV NO. 22-03106<br><br>**DECLARATION OF BERNARD J. KORNBERG IN SUPPORT OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER JUDGMENT**<br><br>Date: August 2, 2024<br>Time: 10:00 a.m.<br>Dept. remote appearance |

---

DECL. KORNBERG IN SUPPORT OF MOTION BY MILESTONE FOR ATTORNEYS' FEES AFTER JUDGMENT

1

Case: 22-03106    Doc# 65-5    Filed: 07/01/24    Entered: 07/01/24 14:31:03    Page 1 of 11

# DECLARATION OF BERNARD J. KORNBERG

I, Bernard Kornberg, state and declare as follows:

1. I am the counsel for defendant Milestone Financial, LLC ("Milestone") in this action. I make this declaration based on my own personal and first-hand knowledge.

2. I act as appellate counsel for Milestone and also assist in other matters when called for. For this matter, I assisted Harris Cohen in the preparation of briefs and pleadings in this case, along with taking the deposition of Robert Schuman. I did so based on my knowledge of the case due to the Moon appeals and due to my location in the Bay Area and my work regarding the issue that were the subject of the complaint as I was involved in providing responses to pay off demands.

3. I have billed Milestone for 52.30 hours of work regarding this action. A copy of the narrative description for each entry is attached as Exhibit "1" to this declaration.

4. For this matter, I charged a highly discounted rate of $395 an hour, which is a grandfathered rate given to Milestone solely for adversary and state court litigation.

5. I seek an $800 rate in this matter, the same rate sought by John McDonnell in the prior Moon adversary.

6. These fees are reasonable for this matter.

7. For the majority of my time on this matter, I was employed as a Partner at Practus, LLP. On June 17, 2024, I began practicing at Miller Nash LLP.

8. Since 2009, I have practiced as a litigator and bankruptcy specialist, primarily on the creditor side, in the areas of commercial and consumer lending. I have handled numerous adversary proceedings in the areas of insolvency and commercial litigation, and appeared before this Court numerous times. I have prosecuted and defended numerous adversary proceedings to completion in bankruptcy courts on matters such as breach of contract, fraudulent transfer, lender liability, and similar issues.

9. I have also handled numerous other matters in state and federal court, generally in

the area of lender and commercial litigation.

10. I am the prevailing attorney of record in three published appellate decisions arising out of bankruptcy matters: *In re Turner*, 859 F.3d 1145 (9th Cir. 2017) (denying the standing of a third-party to challenge a loan sale), *In re Goldstein*, 526 B.R. 13 (B.A.P. 9th Cir. 2015) (determining when claims vest as property of the bankruptcy estate), and *Opperwall v. Bank of Am., N.A.*, 561 B.R. 775 (N.D. Cal. 2016) (deciding the *res judicata* effect of a confirmed plan).

11. A copy of my LinkedIn resume is attached as Exhibit "2" to this declaration.

12. Based on my experience and my knowledge of the market, the $800 an hour rate, the same sought my Mr. McDonnell, is reasonable.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2024

/s/ Bernard J. Kornberg
Bernard Kornberg

# EXHIBIT 1

| Date | Matter Description Narrative | Units | Price | Value |
|---|---|---|---|---|
| 09/26/2022 | Reviewed proposed motion to dismiss to new adversary proceeding; communicated with Harris Cohen regarding proposed additional arguments | 0.40 | $395.00 | $158.00 |
| 10/26/2022 | Reviewed reply brief in support of motion to dismiss; call with Harris Cohen to discuss terms | 0.40 | $395.00 | $158.00 |
| 11/18/2022 | Call with Harris Cohen regarding result of hearing on motion to dismiss and handling of payment statements | 0.30 | $395.00 | $118.50 |
| 12/19/2022 | Researched obligation to provide setoff of attorneys fees in payoff statement | 0.40 | $395.00 | $158.00 |
| 01/04/2023 | Reviewed email from John McDonnell regarding accuracy of payoff statement | 0.10 | $395.00 | $39.50 |
| 01/25/2023 | Reviewed emails from Moons counsel regarding verification of payments | 0.10 | $395.00 | $39.50 |
| 05/31/2023 | Reviewed first amended complaint | 0.20 | $395.00 | $79.00 |
| 06/01/2023 | Call with Harris Cohen to discuss response to first amended complaint | 0.30 | $395.00 | $118.50 |
| 06/07/2023 | Revised written interrogatories and interrogatories; drafted requests for admission | 1.20 | $395.00 | $474.00 |
| 06/16/2023 | Revised responses to discovery and answer | 0.40 | $395.00 | $158.00 |
| 09/19/2023 | Communicated with client regarding need to record release of lien | 0.20 | $395.00 | $79.00 |
| 09/22/2023 | Initial review of discovery responses | 0.10 | $395.00 | $39.50 |
| 09/25/2023 | Call with Harris Cohen regarding discovery and motion for summary judgment in payoff statement litigation | 1.20 | $395.00 | $474.00 |
| 09/26/2023 | Reviewed payment issue regarding payoff demand | 0.20 | $395.00 | $79.00 |
| 09/26/2023 | Researched and communicated with Harris Cohen regarding discrepancy in payment history | 0.30 | $395.00 | $118.50 |
| 10/09/2023 | Calls with Harris Cohen regarding revisions to motion for summary judgment (.5); reviewed and revised motion for summary judgment (1.2) | 1.70 | $395.00 | $671.50 |
| 10/10/2023 | Call with Harris Cohen to discuss Plaintiff's document production in regards to MSJ | 0.80 | $395.00 | $316.00 |
| 10/11/2023 | Reviewed proposed Schuman subpoena | 0.20 | $395.00 | $79.00 |
| 11/15/2023 | Call with Harris Cohen regarding proposed second amended complaint | 0.40 | $395.00 | $158.00 |
| 11/16/2023 | Drafted notice of association of counsel | 0.20 | $395.00 | $79.00 |
| 11/16/2023 | Deposition prep with Harris Cohen | 2.80 | $395.00 | $1,106.00 |
| 11/17/2023 | Prepared for deposition of Robert Schuman (1); attended deposition of Robert Schuman (1.3); drafted notice of continued deposition (.2); reported to client regarding result of deposition (.2); travel (1) | 3.70 | $395.00 | $1,461.50 |

| Date | Description | Hours | Charges | Fees |
|---|---|---|---|---|
| 11/28/2023 | Communicated with Schulman regarding rescheduling of deposition | 0.20 | $395.00 | $79.00 |
| 11/29/2023 | Communicated with Harris Cohe, Robert Schulman, and John McDonnell regarding rescheduled deposition; drafted notice of amended deposition | 0.40 | $395.00 | $158.00 |
| 12/12/2023 | Communicated with Robert Schuman regarding appearance at deposition | 0.10 | $395.00 | $39.50 |
| 12/12/2023 | Call with Harris Cohen regarding Schulman deposition | 0.10 | $395.00 | $39.50 |
| 12/13/2023 | Prepared for deposition of Schuman (1.5); took deposition of Schuman (5.5); Reported to client on result of deposition (.2) | 7.20 | $395.00 | $2,844.00 |
| 12/15/2023 | Call with Harris Cohen regarding proposed summary judgment motion | 0.30 | $395.00 | $118.50 |
| 01/05/2024 | Communicated with Harris Cohen regarding revisions to MSJ to include Schulman deposition | 0.10 | $395.00 | $39.50 |
| 01/12/2024 | Reviewed proposed second amended complaint | 0.30 | $395.00 | $118.50 |
| 01/22/2024 | Call with Harris Cohen regarding proposed stipulation for leave to amend | 0.40 | $395.00 | $158.00 |
| 02/03/2024 | Reviewed files to determine status of response to July 2022 payoff demand | 0.20 | $395.00 | $79.00 |
| 02/06/2024 | Researched dates and substance of payoff transmission emails | 0.30 | $395.00 | $118.50 |
| 02/07/2024 | Reviewed draft opposition to MSJ (.4); call with Harris Cohen to discuss draft opposition (.3) | 0.70 | $395.00 | $276.50 |
| 02/08/2024 | Revised opposition to motion for summary judgment to include additional discussion of Schuman declaration and to address additional points as to standing and damages; finalized motion | 3.70 | $395.00 | $1,461.50 |
| 02/12/2024 | Sent filed documents to client with copies | 0.10 | $395.00 | $39.50 |
| 02/17/2024 | Reviewed reply in support of Moon's motion for summary judgment | 0.30 | $395.00 | $118.50 |
| 02/19/2024 | Reviewed evidentiary objections (.2); call with Harris Cohen to discuss reply brief (.6) | 0.80 | $395.00 | $316.00 |
| 02/20/2024 | Revised and finalized evidentiary objections to McDonnell reply declaration | 0.40 | $395.00 | $158.00 |
| 02/21/2024 | Revised reply brief in support of summary judgement | 2.20 | $395.00 | $869.00 |
| 02/23/2024 | Appear and argue on motion for summary judgment (1.8); call with Harris Cohen to discuss hearing (.3) | 2.10 | $395.00 | $829.50 |
| 02/26/2024 | Call with client to discuss outstanding discovery items | 0.20 | $395.00 | $79.00 |
| 03/04/2024 | Call with client to discuss outstanding discovery items | 0.10 | $395.00 | $39.50 |
| 03/05/2024 | Call with loan broker regarding acting as potential expert witness | 0.30 | $395.00 | $118.50 |

Bernard Kornberg
Charges Fees

| Date | Description | Bernard Kornberg Charges | Fees | |
|---|---|---|---|---|
| 03/08/2024 | Reviewed order denying Plaintiff's motion for summary judgment (.2); call with Harris Cohen regarding filing motion for summary judgement (.2) | 0.40 | $395.00 | $158.00 |
| 03/11/2024 | Call with Richard Wang regarding potential expert work as to UWM lending (.2); call with Harris Cohen re same (.2); drafted email to client regarding recommendation as to expert (.2); call with Harris Cohen regarding legal strategy as to motion for summary judgment (.2) | 0.80 | $395.00 | $316.00 |
| 03/14/2024 | Call with Richard Wang regarding potential expert work as to UWM lending (.2); call with Harris Cohen re same (.2); drafted email to client regarding recommendation as to expert (.2); call with Harris Cohen regarding legal strategy as to motion for summary judgment (.2) | 0.20 | $395.00 | $79.00 |
| 03/17/2024 | Reviewed past emails and provided November 28 payoff statement communications to Harris Cohen (.4); drafted engagmenet letter for Richard Wang (.2) | 0.60 | $395.00 | $237.00 |
| 03/18/2024 | Communicated with expert witness regarding engagement and related issues | 0.20 | $395.00 | $79.00 |
| 03/19/2024 | Communicated with expert witness regarding engagement | 0.10 | $395.00 | $39.50 |
| 03/20/2024 | Initial review of motion for summary judgment | 0.40 | $395.00 | $158.00 |
| 03/22/2024 | Call with expert witness to discuss doucments needed to prepare opinion | 0.40 | $395.00 | $158.00 |
| 03/23/2024 | Prepared documents and summary for Richard Wang to review and prepare opinion on | 0.60 | $395.00 | $237.00 |
| 03/25/2024 | Revised motion for summary judgment to add additional arguments and to include aruguments relating to Schuman deposition, and revised supporting documents as necessary to include new arguments | 4.60 | $395.00 | $1,817.00 |
| 03/26/2024 | Drafted expert declaration and revised per comments of expert (.8); revised summary judgment motion per Harris' comments (.3); sent declaration to client for execution (.1) | 1.20 | $395.00 | $474.00 |
| 03/27/2024 | Finalized motion for summary judgment and prepared supporting documents | 0.60 | $395.00 | $237.00 |
| 03/28/2024 | Sent filed motion for summary judgment to client with comments | 0.10 | $395.00 | $39.50 |
| 04/01/2024 | Communicated with Moon's counsel regarding stipulation to continue hearing | 0.10 | $395.00 | $39.50 |
| 04/02/2024 | Reviewed and executed stip and order to continue trial | 0.20 | $395.00 | $79.00 |

| Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|
| 04/04/2024 | Reviewed docket order continuing hearing | 0.10 | $395.00 | $39.50 |
| 04/23/2024 | Reviewed order regarding finalization of appeal and briefing on attorneys' fees | 0.20 | $395.00 | $79.00 |
| 05/13/2024 | Reviewed opposition to motion for summary judgment (.3); call with Harris Cohen to discuss opposition (.4) | 0.70 | $395.00 | $276.50 |
| 05/15/2024 | Reviewed and revised reply brief in support of summary judgment | 2.60 | $395.00 | $1,027.00 |
| 05/17/2024 | Final revisions to reply in support of motion for summary judgment | 0.30 | $395.00 | $118.50 |
| 05/22/2024 | Drafted stipulations to continue May 24 hearings | 0.20 | $395.00 | $79.00 |
| 05/23/2024 | Communicated with Harris Cohen and John McDonnell regarding hearing on summary judgment | 0.20 | $395.00 | $79.00 |
| 05/24/2024 | Call with Harris Cohen regarding draft supplemental brief regarding evidence | 0.20 | $395.00 | $79.00 |
| 05/30/2024 | Reviewed response to supplemental brief by the Moons | 0.20 | $395.00 | $79.00 |
| 06/10/2024 | Reviewed order on summary judgment (.3); communicated with Harris Cohen re: same (.2) | 0.50 | $395.00 | $197.50 |
| 06/11/2024 | Proposed comments on judgment | 0.20 | $395.00 | $79.00 |
| 06/14/2024 | Communicated with Moon's counsel regarding form of judgment (.1); drafted declaration in support of proposed judgment (.2) | 0.30 | $395.00 | $118.50 |
| | | 52.30 | $28,045.00 | $20,658.50 |

Bernard Kornberg Charges Fees

# EXHIBIT 2

# Bernie Kornberg

Insolvency and Commercial Litigation Partner at Miller Nash LLP
San Francisco, California, United States

## Contact

58 West Portal Ave PMB 782
San Francisco, CA 94127
(341) 234-6629 (Mobile)
bjkornberg@gmail.com

www.linkedin.com/in/bkornberg
(LinkedIn)

## Top Skills

Bankruptcy
Litigation
Commercial Litigation

## Languages

English

## Summary

Bernie Kornberg is litigator with over a decade of experience handling bankruptcy, creditor's rights, and commercial litigation matters.   No matter the engagement, he brings an aggressive, intelligent, and cost-effective approach to representing his clients.

Bernie's bankruptcy and creditor's right practice focuses on representing lenders, commercial landlords and lessors, real estate developers, and business creditors in state, federal, and bankruptcy court.   Bernie represents creditors seeking to recover misappropriated property or funds and defendants when wrongfully charged with failure to pay a debt, fraudulent transfers, or related litigation.   He also handles workouts and forbearances to avoid litigation and bring a contract back into compliance.  Bernie has also developed a specialty in handling bankruptcy appeals and has been the prevailing attorney of record in published appeals in the Ninth Circuit Court of Appeal and Bankruptcy Appellate Panel.

Bernie's commercial litigation practice focuses on representing companies and individuals in complex business disputes including breaches of commercial contracts, intellectual property disputes, and real estate and related matters in federal and state courts.

―――――

## Experience

**Miller Nash LLP**
Partner
June 2024 - Present (2 months)
San Francisco, California, United States

**Practus, LLP**
Partner
December 2021 - June 2024 (2 years 7 months)
San Francisco, California, United States

**Severson & Werson**
Special Counsel
April 2009 - December 2021 (12 years 9 months)
San Francisco Bay Area

**Quinn Emmanuel**
Attorney
2008 - 2009 (1 year)

**Girard Gibbs LLP**
Associate
2007 - 2008 (1 year)

**Federal Bankruptcy Judge Eileen Hollowell**
Extern
2006 - 2006 (less than a year)

———

## Education

**University of Arizona, James E. Rogers College of Law**
Doctor of Law (J.D.), Law · (2004 - 2007)

**University of California, Berkeley**
B.A., Political Science and English · (1998 - 2002)