# United States Bankruptcy Court

## Northern District Of California

| | | | |
|---|---|---|---|
| In re | Mark E.Moon,<br>Debtor | Case No. | 20-30711 |
| | Mark E. Moon,<br>Plaintiff | Chapter | 11 |
| | v.  Milestone Financial, LLC et al.,<br>Defendant | Adv. Proc. No. 22-03106 |  |

## THIRD AMENDED BILL OF COSTS

Judgment was entered in the above entitled action on 6/18/2024     against    Mark E. Moon .
<br>date

**The clerk of the bankruptcy court is requested to tax the following as costs:**

| | | |
|---|---|---|
| Fees of the clerk............................................................................................................................ | $ | _____ |
| Fees for service of summons and complaint ................................................................................... | $ | _____ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case..... | $ | _____ |
| Fees and disbursements for printing ................................................................................................ | $ | _____ |
| Fees for witnesses (*Itemized on reverse*)....................................................................................... | $ | _____ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case ........................... | $ | _____ |
| Docket fees under 28 U.S.C. § 1923................................................................................................ | $ | _____ |
| Costs incident to taking of depositions ........................................................................................... | $ | 1,366.95* |
| Costs as shown on Mandate of appellate court................................................................................. | $ | _____ |
| Other costs [*Itemized on reverse*] ................................................................................................ | $ | _____ |
| TOTAL | $ | 1,366.95_____ |

## DECLARATION

I, attorney for  <u>Milestone Financial, LLC</u>    declare under penalties of perjury that the
<br>(name of party)

foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name of Judgment Debtor      Mark E. Moon

Address      11Mandalay Court_

Redwood City, CA 94065

Supporting documents and affidavit attached.  Second Amended Bill of Costs used the incorrect line,  The costs were incurred in the part of taking the deposition of Robert Schuman.

Date     <u>7/30/2024</u>     Signature of Attorney    /s/ Bernard J. Kornberg

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT:    $ _____

Clerk of the Bankruptcy Court    _____

Date    _____    By Deputy Clerk:    _____

*See Declaration of Joyce Lau in Support of Motion for Milestone Financial, LLC for Attorneys' Fees After Judgment [ECF 65-4], along with Invoice 190047 from Tally Court Reporters, Inc. and Invoice 1216646 from Tally Court Reporters, Inc. (Exhibit 3 to Lau Declaration) for Additional Support for Costs

**Witness Fees** (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | $ _____ |
| | | | | | | TOTAL | $ _____ |

**NOTICE**

**Section 1924, Title 28, U.S. Code provides:**
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)(1)**
"(1) Costs *Other Than Attorney's Fees.* The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**
"ADDITIONAL TIME AFTER SERVICE BY MAIL OR UNDER RULE 5(b)(2)(D), (E), OR (F) F.R.Civ.P. When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(D), (E), or (F) F.R.Civ.P., three days are added after the prescribed period would otherwise expire under Rule 9006(a)."

**Rule 7058**
This rule incorporates Rule 58 F.R.Civ.P. Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."