HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: Bernard.kornberg@millernash.com

Attorneys for Defendant, Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re<br><br>MARK E. MOON<br><br>    Debtor,<br>_____<br>MARK E. MOON,<br><br>    Plaintiff,<br>v.<br>Milestone Financial, LLC, a California Limited Liability Company<br><br>    Defendant.<br>_____ | CASE NO. 20-30711<br>CHAPTER 11<br>ADV NO. 22-03106<br><br>**DECLARATION OF JOYCE K. LAU IN SUPPORT OF THIRD AMENDED BILL OF COSTS** |

1

DECL. LAU IN SUPPORT OF THIRD AMENDED BILL OF COSTS
Case: 22-03106    Doc# 85-1    Filed: 07/30/24    Entered: 07/30/24 10:57:25    Page 1 of 5
4889-1628-3348.1

# DECLARATION OF JOYCE K. LAU

I, Joyce K. Lau, hereby declare and state:

I am over the age of 18 and have personal knowledge as to all facts set forth herein and if called upon to testify thereto I could and would competently do so.

1. I am an attorney for Defendant, Milestone Financial, LLC ("Milestone").

2. Attached as Exhibit "1" to this declaration are the invoices from Tally Court Reporters, Inc. and Magna Legal Services for the deposition of Robert Schuman in this case.

3. These invoices were actually incurred and were paid in full by my firm on behalf of Milestone.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Jose, California.

Dated: July 30, 2024          /s/ Joyce K. Lau

                              Joyce K. Lau

# EXHIBIT 1

Talty Court Reporters, Inc.
2131 The Alameda
Suite D
San Jose, CA 95126
T: 408-244-1900  F: 408-244-1374

Joyce Lau
The Fuller Law Firm
60 N. Keeble Avenue
San Jose, CA 95126

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190047 | 11/27/2023 | 116046 |
| Job Date | Case No. | |
| 11/17/2023 | ADV. PROC. NO: 22-03106 | |
| Case Name | | |
| E. Mark Moon and Lori H. Moon vs. Milestone Financial, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

| | | | |
|---|---|---|---|
| Robert Schuman | | | 0.00 |
| Certification of Non-Appearance | 1.00 | @ 350.000 | 350.00 |
| | **TOTAL DUE  >>>** | | **$350.00** |
| | AFTER 12/27/2023  PAY | | $367.50 |

Thank you; we appreciate your business!
You can now pay online at www.taltys.com

---

**Tax ID:** 94-2232944

Please detach bottom portion and return with payment.

Joyce Lau
The Fuller Law Firm
60 N. Keeble Avenue
San Jose, CA 95126

Job No.      : 116046         BU ID        : 1-TALTY
Case No.     : ADV. PROC. NO: 22-03106
Case Name    : E. Mark Moon and Lori H. Moon vs. Milestone Financial, LLC
Invoice No.  : 190047         Invoice Date : 11/27/2023
**Total Due**    : **$350.00**
AFTER 12/27/2023  PAY  $367.50

Remit To: **Talty Court Reporters, Inc.**
**2131 The Alameda**
**Suite D**
**San Jose, CA 95126**

| PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:                Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1216646 | 1/8/2024 | 1068464 |
| Job Date | Case No. | |
| 12/13/2023 | | |
| Case Name | | |
| Mark E. Moon v. Milestone Financial LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Bernard J. Kornberg, Esq.
Practus
58 W. Portal Ave.
PMB 782
San Francisco, CA 94127

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Robert Schuman | 150.00 Pages | @ | 6.350 | 952.50 |
| Exhibits - Scanned | 54.00 | @ | 0.250 | 13.50 |
| Exhibit Handling | 1.00 | @ | 5.950 | 5.95 |
| GoGreenScripts Lit Package | 1.00 | @ | 45.000 | 45.00 |
| **TOTAL DUE   >>>** | | | | **$1,016.95** |

Location of Job   : Fuller Law firm
60 N Keeble Ave
San Jose, CA 95126

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,016.95 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Bernard J. Kornberg, Esq.
Practus
58 W. Portal Ave.
PMB 782
San Francisco, CA 94127

Job No.       : 1068464        BU ID       : California
Case No.     :
Case Name  : Mark E. Moon v. Milestone Financial LLC

Invoice No.  : 1216646         Invoice Date : 1/8/2024
**Total Due**    : **$1,016.95**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

Case: 22-03106   Doc# 85-1   Filed: 07/30/24   Entered: 07/30/24 10:57:25   Page 5 of 5