# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARK E. MOON,

    Appellant,

v.

MILESTONE FINANCIAL, LLC,

    Appellee.

Case No. 24-cv-04003-CRB

**JUDGMENT FOR MILESTONE**

Docket No. 15

Having denied the bankruptcy appeal, see Order (Dkt. 15), the Court hereby enters judgment **FOR** Milestone Financial, LLC and **AGAINST** Mark E. Moon.

**IT IS SO ORDERED**.

Dated: May 14, 2025

_____
CHARLES R. BREYER
United States District Judge