HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: Bernard.kornberg@millernash.com

Attorneys for Defendant, Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re<br><br>MARK E. MOON<br><br>    Debtor,<br>_____<br>MARK E. MOON,<br><br>    Plaintiff,<br>v.<br>Milestone Financial, LLC, a California Limited Liability Company<br><br>    Defendant.<br>_____ | CASE NO. 20-30711<br>CHAPTER 11<br>ADV NO. 22-03106<br><br>**DECLARATION OF WILLIAM R. STUART IN SUPPORT OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER APPEAL**<br><br>Date: June 27, 2025<br>Time: 10:00 a.m.<br>Dept. remote appearance |

1

DECL. STUART IN SUPPORT OF MOTION BY MILESTONE FOR ATTORNEYS' FEES AFTER APPEAL

# DECLARATION OF WILLIAM R. STUART

I, William R. Stuart, hereby declare and state:

I am over the age of 18 and have personal knowledge as to all facts set forth herein and if called upon to testify thereto I could and would competently do so.

1. I am the managing member of Defendant, Milestone Financial, LLC.

2. Attached to the Appendix of Exhibits ("AOE") as Exhibit "5" is a true and correct copy of the Promissory Note from E. Mark Moon and Lori H. Moon to Milestone.

3. Attached to the AOE as Exhibit "6" is a true and correct copy of the Settlement Agreement, Indemnity and First Amendment to Promissory Note Secured by Deed of Trust between E. Mark Moon and Lori H. Moon, on the one hand, and Milestone, on the other hand.

4. Attached to the AOE as Exhibit "7" is a true and correct copy of the Deed of Trust, Security Agreement and Fixture Filing with Assignment of Rents between E. Mark Moon and Lori H. Moon, on the one hand, and Milestone, on the other hand.

5. I have reviewed all the billing statements for which fees are sought and I do not have objections to any of the work or fees charged to Milestone.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Altos, California.

Dated: May 28, 2025
/s/ William R. Stuart
William R. Stuart