HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: Bernard.kornberg@millernash.com

Attorneys for Defendant, Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re<br><br>MARK E. MOON<br><br>    Debtor,<br>_____<br>MARK E. MOON,<br><br>    Plaintiff,<br>v.<br>Milestone Financial, LLC, a California Limited Liability Company<br><br>    Defendant.<br>_____ | CASE NO. 20-30711<br>CHAPTER 11<br>ADV NO. 22-03106<br><br>**DECLARATION OF BERNARD J. KORNBERG IN SUPPORT OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER APPEAL**<br><br>Date: June 27, 2025<br>Time: 10:00 a.m.<br>Dept. remote appearance |

# DECLARATION OF BERNARD J. KORNBERG

I, Bernard Kornberg, state and declare as follows:

1. I am the counsel for defendant Milestone Financial, LLC ("Milestone") in this action. I make this declaration based on my own personal and first-hand knowledge.

2. I act as appellate counsel for Milestone and also assist them in other matters when called for. For this matter, I assisted Mr. Cohen in the preparation of briefs and pleadings in this case, along with taking the deposition of Robert Schuman. I did so due to my knowledge of the case due to the Moon appeals and due to my location in the Bay Area.

3. I have billed Milestone for 20.6 hours of work regarding this action since the billing for the last fee application. A copy of the narrative description for each entry is attached to the Appendix of Exhibits ("AOE") as Exhibit "9" which includes all my bills.

4. In addition, I expect an addition 3 hours of work in preparing this fee application and attending the hearing, for a total of 23.6 hours.

5. For this matter, I charged a highly discounted rate of $500 an hour, which is a grandfathered rate given to Milestone solely for appellate litigation. I have subsequently increased my rates as to Milestone, but this increase occurred after the fees incurred for this application.

6. I seek an $800 rate in this matter, the same rate sought by John McDonnell in the prior Moon adversary.

7. These fees are reasonable for this matter.

8. On June 17, 2024, I began practicing at Miller Nash LLP.

9. Attached to the AOE as Exhibit "1" is a true and correct copy of the United States District Court Order Affirming Summary Judgment for Milestone.

10. Attached to the AOE as Exhibit "2" is a true and correct copy of the

Appellant's (Moon's) Opening brief.

11. Attached to the AOE as Exhibit "3" is a true and correct copy of the Appellees' (Milestone's) Opening Brief.

12. Attached to the AOE as Exhibit "4" is a true and correct copy of the Second Amended Complaint in this action.

13. Attached to the AOE as Exhibit "5" is a true and correct copy of John McDonnell, Esq. brief filed on June 3, 2022 seeking $800.00 per hour as the appropriate loadstar rate.

14. Since 2009, I have practiced as a litigator and bankruptcy specialist, primarily on the creditor side, in the areas of commercial and consumer lending. I have handled numerous adversary proceedings in the areas of insolvency and commercial litigation, and appeared before this Court numerous times. I am the prevailing attorney of record in three published appellate decisions arising out of bankruptcy matters: *In re Turner*, 859 F.3d 1145 (9th Cir. 2017) (denying the standing of a third-party to challenge a loan sale), *In re Goldstein*, 526 B.R. 13 (B.A.P. 9th Cir. 2015) (determining when claims vest as property of the bankruptcy estate), and *Opperwall v. Bank of Am., N.A.*, 561 B.R. 775 (N.D. Cal. 2016) (deciding the *res judicata* effect of a confirmed plan).

15. Based on my experience and my knowledge of the market, the $800.00 an hour rate, the same sought my Mr. McDonnell, is reasonable.

16. I had a telephonic meet and confer with John McDonnell on May 27, 2025, regarding the motion for additional attorney's fees sought in this motion. We were unable to reach an agreement thus necessitating the filing of this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28, 2025.

|   |   |
|---|---|
| 1 | |
| 2 | /s/ Bernard J. Kornberg |
|   | Bernard Kornberg |