HARRIS L. COHEN, A PROF CORP.
Harris L. Cohen, Bar No. 119600
hochen00@aol.com
5305 Andasol Ave
Encino, CA 91316
Telephone: (818) 905-5599
Facsimile: (818) 905-5660

MILLER NASH LLP
Bernie Kornberg
Bernie.Kornberg@MillerNash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

THE FULLER LAW FIRM, P.C.
Joyce K. Lau, Bar No. 267839
joyce@fullerlawfirm.net
60 N. Keeble Ave
San Jose CA 95126
Telephone: (408) 295-5595
Facsimile: (408) 295-9852

Attorneys for Defendant
Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MARK MOON,<br><br>    Debtor,<br><br>———————————————<br><br>MARK E. MOON,<br><br>    Plaintiff,<br><br>v.<br><br>MILESTONE FINANCIAL, LLC<br><br>    Defendant. | Case No. 20-30711<br>Chapter 11<br>Adv No. 22-03106<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: November 8, 2024<br>Time: 10:00 a.m.<br>Dept: Remote Appearance<br>Judge: Hon. Dennis Montali |

4894-9463-1925.1

I, Bernie Kornberg, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 340 Golden Shore, Suite 450, Long Beach, California 90802.

On May 28, 2025, I electronically filed the attached document:

**NOTICE OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER APPEAL**

**MILESTONE FINANCIAL, LLC'S MOTION FOR ATTORNEYS' FEES AFTER APPEAL; MEMORANDUM OF POINTS AND AUTHORITIES**

**MILESTONE FINANCIAL, LLC APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AFTER APPEAL**

**DECLARATION OF WILLIAM R. STUART IN SUPPORT OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER APPEAL**

**DECLARATION OF BERNARD J. KORNBERG IN SUPPORT OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER APPEAL**

**DECLARATION OF HARRIS L. COHEN IN SUPPORT OF MOTION BY MILESTONE FINANCIAL, LLC FOR ATTORNEYS' FEES AFTER APPEAL**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to all registered ECF users in the case.

Executed on May 28, 2025, at San Francisco, California.

/s/ Bernie Kornberg

Bernie Kornberg

4894-9463-1925.1