HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

BERNARD J. KORNBERG (State Bar No. 252006)
MILLER NASH, LLP
340 Golden Shore, Ste. 450
Long Beach, CA 90802
Telephone: (562) 247-7622
Email: bernie.kornberg@millernash.com

Attorneys for Defendant,
Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>MARK E. MOON<br>    Debtor,<br>_____<br>MARK E. MOON,<br><br>    Plaintiff,<br>v.<br>Milestone Financial, LLC, a California Limited Liability Company<br><br>    Defendant.<br>_____ | CASE NO. 20-30711<br>CHAPTER 11<br>ADV NO. 22-03106<br><br>**MILESTONE FINANCIAL, LLC'S REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES AFTER APPEAL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: July 11, 2025<br>Time: 10:00 a.m.<br>Dept. remote appearance |

# I. INTRODUCTION

Plaintiff, Mark E. Moon ("Moon"), filed an opposition to the motion for attorneys' fees. His opposition is limited to two issues:

1. Should the Court award the reasonable value of the attorney's work based on the lodestar or should the fees be limited to the actual amount charged, even if that is less than the reasonable amount; and

2. Should 7.1 hours of the time Mr. Cohen charged be disallowed as being unrelated to the case.

## II. THE LOADSTAR FORMULA REQUIRES THE ENHANCEMENTS SOUGHT IN THE MOTION.

Moon does not dispute that the movants are entitled to recover the reasonable hour rate. *Morales v. City of San Rafael*, 96 F.3d 359, 363 (9th Cir.1996).

Moon's argument that the reasonable hourly rate of $800.00 per hours should not be paid is premised upon the arguments:

1. That the attorneys did not provide the Court with sufficient evidence to support that rate; and

2. That despite Mr. McDonnell requesting that rate in his prior fee application, he was not awarded fees at that rate.

Movants will first address the evidence submitted in support of the reasonable hourly rate of $800.00 per hour. Moon does not dispute the substantial experience of Mr. Cohen since 1985 or that Mr. Kornberg was a partner at a substantial law firm with over 150 attorneys. Moon also does not contest the quality of the work done, as Milestone

1

prevailed on every aspect of the case. Moon has therefore retreated to his claim that $800

is not the reasonable value of the services "for similar services by lawyers of reasonably

comparable skill, experience, and reputation."

Milestone presented the Court with the case of *Dominguez v. City of San Jose*,

2023 WL 2717266, *5 (N.D. Cal. 2023), which states as follows:

> "The Court notes that the rates are reasonable based on the prevailing rates in the Northern District. *See, e.g., Human Rights Def. Ctr. v. Cnty. of Napa*, 2021 WL 1176640, at *11 (N.D. Cal. Mar. 28, 2021) (approving hourly rates of $950 for an attorney with about 40 years of experience; $625 for an attorney with about 10 years of experience; $650 for an attorney with about 20 years of experience; and $260 and $350 for paralegals with 10 and 30 years of experience, respectively); *Californians for Disability Rights v. California Dep't of Transp.*, No. C 06-05125 SBA, 2010 WL 8746910, at *13 N.D. Cal. Dec. 13, 2010 (finding $740, $640, $660, and $570 to be reasonable hourly rates for attorneys at Disability Rights Advocates with 26, 23, 19, and 10 years of experience, respectively); *Dixon v. City of Oakland*, No. C-12-05207 DMR, 2014 WL 6951260, at *7, *9 (N.D. Cal. Dec. 8, 2014) (approving hourly rates in an individual civil rights case of $725 and $695 for partners; $325, $350, and $400 for associates with 2, 3, and 5 years of experience; and $200 for paralegals); *A.D. v. State of California Highway Patrol*, No. C 07-5483 SI, 2013 WL 6199577, at *5-6 (N.D. Cal. Nov. 27, 2013) (approving hourly rates in a wrongful death case of $725 for attorneys with 34 to 40 years of experience and $425 for attorney with 9 years of experience); *Davis v. Prison Health Servs.*, No. C 09-2629 SI, 2012 WL 4462520, at *9-10 (N.D. Cal. Sept. 25, 2012) (approving hourly rates of $675-750 for attorneys with close to 30 years of experience and $180 for a paralegal with 25 years of experience); *Aguilar v. Zep Inc.*, No. 13-cv-00563-WHO, 2014 WL 4063144, at *4 (N.D. Cal. Aug. 15, 2014) (approving hourly rates in an employment case of $700 for a partner with 31 years of experience and $650 for an attorney with 22 years of experience)."

Moon argues that Milestone only presented the attorneys' affidavits to show the

reasonable rate for their services. That is incorrect. The *Dominguez* case provides a

complete report of the value of services of attorneys for work in the relevant locale with

the detailed experience levels. The Court's own survey and findings are the best evidence of what the rates are for attorneys in the locale.

Under no scenario can a reasonable court find that the reasonable hourly rates for attorneys with the experience and success produced in this case are only those charged. Those are reduced rates based on almost every case cited by *Dominguez*. This is particularly true for Mr. Cohen, whose rates more closely resemble those of senior paralegals than attorneys with 40 years of experience in almost every court based in California at the State and Federal levels.

Based on the declarations of Mr. Kornberg and Mr. Cohen and the actual evidence based on the *Dominguez* Court's survey, the Court should award attorneys' fees at the rate of $800.00 per hour.

### III. MOON DOES NOT OBJECT TO KORNBERG'S TIME.

Moon states that the Court should allow Mr. Kornberg's 20.6 hours. However, Mr. Kornberg's fee application details his work which was 23.6 hours.

As Moon has not contested any of the time entries, the Court should allow all of the time spent by Mr. Kornberg, which is 23.6 hours.

### IV. MOVANT AGREES TO REDUCE COHEN'S HOURS BY 7.1.

Moon has a slight miscalculation, but to avoid burdening the Court with digging into the time sheets and parsing the math, Movant will agree to reduce Mr. Cohen's time from the 40.9 hours to 33.8 hours.

## V. CONCLUSION.

Based on the foregoing, the requested attorneys' fees are:

| Name | Hours | Rate | Total |
|---|---|---|---|
| Harris L. Cohen | 33.8 | $800.00 | $27,040 |
| Bernard Kornberg | 23.6 | $800.00 | $18,880 |
|  |  | TOTAL: | $45,920 |

Based on the foregoing, Milestone requests that the Court grant the motion and award attorneys' fees of $45,920.

                                      MILLER NASH LLP

                                      By: /s/ Bernard Kornberg
                                      Bernard Kornberg, Esq.
                                      Attorney for Defendant Milestone
                                      Financial, LLC