HARRIS L. COHEN, A PROF CORP.
Harris L. Cohen, Bar No. 119600
hochen00@aol.com
5305 Andasol Ave
Encino, CA 91316
Telephone: (818) 905-5599
Facsimile: (818) 905-5660

MILLER NASH LLP
Bernie Kornberg
Bernie.Kornberg@MillerNash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

THE FULLER LAW FIRM, P.C.
Joyce K. Lau, Bar No. 267839
joyce@fullerlawfirm.net
60 N. Keeble Ave
San Jose CA 95126
Telephone: (408) 295-5595
Facsimile: (408) 295-9852

Attorneys for Defendant
Milestone Financial, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MARK MOON,<br><br>　　　　Debtor.<br><br>―――――――――<br>MARK E. MOON,<br><br>　　　　Plaintiff,<br>v.<br>MILESTONE FINANCIAL, LLC<br><br>　　　　Defendant. | Case No. 20-30711<br>Chapter 11<br>Adv No. 22-03106<br><br>**STIPULATION TO ADD LORI H. MOON IN HER REPRESENTATIVE CAPACITY AS PLAINTIFF**<br><br>Date:　NO HEARING DATE<br>Time:<br>Dept:<br>Judge:　Hon. Dennis Montali |

This stipulation to add Lori H. Moon as plaintiff in her representative capacity as personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon is entered between Lori H. Moon, on the one hand, and Milestone Financial, LLC ("Milestone"), on the other hand, as follows:

## RECITALS

1. This action was filed by Mark E. Moon against Milestone.

2. The Court granted summary judgment for Milestone. Thereafter, Milestone filed its motion for recovery of its attorneys' fees.

3. Mark E. Moon appealed the judgment to the United States District Court ("USDC"). The USDC affirmed the Bankruptcy Court's judgment.

4. Milestone, then filed its motion for attorneys' fees after appeal seeking the additional attorneys' fees that it incurred.

5. While the motions were pending, Mark E. Moon passed away on March 16, 2025.

6. Lori H. Moon was appointed the personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon by the Probate Court's order of July 1, 2025, and the Letters of Administration with Full Authority issued on July 7, 2025.

7. As required by Probate Code §9370, Milestone filed a claim in the probate proceeding of Mark Moon aka Edward Mark Moon.

8. Lori H. Moon has rejected the claim in the estate of Mark Moon aka Edward Mark Moon filed by Milestone.

BASED ON THE FOREGOING, THE PARTIES HERETO STIPULATE:

1. That Lori H. Moon, as the personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon has rejected the claim against the estate filed by Milestone;

2. That Lori H. Moon, as the personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon, shall be substituted into this action as a plaintiff for purposes of completing the hearings on the motions for attorneys' fees by Milestone, and any other matters that may be adjudicated thereafter as required by FRCP 25.

3. That John P. McDonnell, Esq. shall represent Lori H. Moon, as the personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon in this action.

IT IS SO STIPULATED.

Dated: Sept. 8, 2025

_____
Lori H. Moon, as the personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon

Dated: Sept 9, 2025

MILESTONE FINANCIAL, LLC

By: _____
William R. Stuart, Managing Member

APPROVED AS TO FORM:

Dated: ~~July~~ , ~~2025~~
9/8/2025

LAW OFFICES OF THOMAS A. NURIS

By: _____
Thomas A. Nuris, Esq.

Probate Court counsel for Lori H. Moon, as the personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon

Dated: ~~July~~ Sept. 8 2025

LAW OFFICES OF JOHN P. MCDONNELL

By: _____
John P. McDonnell, Esq.
Attorney for Lori H. Moon as the personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon

Dated: July ___, 2025
September 11, 2025

PACIFIC LEGAL GROUP, PC

By: _____
Douglas Applegate, Esq.
Probate Court counsel for Milestone Financial, LLC

September 15, 2025
Dated: July ____, 2025

MILLER NASH LLP

By: /s/ Bernard Kornberg
_____
Bernard Kornberg, Esq.
Attorney for Milestone Financial, LLC