| | | EJ-001 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:<br>After recording, return to:<br>BERNARD J. KORNBERG (Bar #252006)<br>MILLER NASH, LLP<br>340 Golden Shore, Ste. 450<br>Long Beach, CA 90802<br>TEL NO.: (562)247-7622  FAX NO. (optional):<br>E-MAIL ADDRESS (Optional): bernie.kornberg@millernash.com<br>[x] ATTORNEY FOR  [x] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** US BANKRUPTCY CT
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF: LORI H. MOON, as personal representative and administrator
DEFENDANT: Milestone Financial, LLC et al.

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS
[ ] Amended

FOR RECORDER'S USE ONLY
CASE NUMBER: Adv. No. 22-03106
FOR COURT USE ONLY

1. The [x] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Lori H. Moon, as personal representative and administrator of the estate of Mark Moon aka Edward Mark Moon
      11 Mandalay Court
      Redwood City, CA 94065
      
   b. Driver's license no. [last 4 digits] and state: 4724  [ ] Unknown
   c. Social security no. [last 4 digits]: 8660  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Milestone Financial, LLC
   4962 El Camino Real #201
   Los Altos, CA 94022

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date:
_____
(TYPE OR PRINT NAME)
_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 140,512.20
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 11/25/2025
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:
11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*:

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

CEB
www.ceb.com

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Case: 22-03106  Doc# 114  Filed: 12/01/25  Entered: 12/01/25 23:18:37  Page 1 of 2

| PLAINTIFF: LORI H. MOON, as personal representative and administrator | COURT CASE NO.: |
| --- | --- |
| DEFENDANT: Milestone Financial, LLC et al. | Adv. No. 22-03106 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown
    Social security no. [last 4 digits]: ☐ Unknown
    Summons was personally served at or mailed to *(address):*

17. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown
    Social security no. [last 4 digits]: ☐ Unknown
    Summons was personally served at or mailed to *(address):*

18. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown
    Social security no. [last 4 digits]: ☐ Unknown
    Summons was personally served at or mailed to *(address):*

19. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown
    Social security no. [last 4 digits]: ☐ Unknown
    Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    CEB   www.ceb.com    Page 2 of 2

Case: 22-03106   Doc# 114   Filed: 12/01/25   Entered: 12/01/25 23:18:37   Page 2 of 2